# Exhibit A

**SUM-100**

## SUMMONS
### *(CITACION JUDICIAL)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

THE BRADFORD EXCHANGE, LTD., an Illinois corporation;
and DOES 1-50, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

JOSE RUIZ, individually and on behalf of all others similarly situated

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego

**08/28/2023** at 02:29:21 PM

Clerk of the Superior Court
By Pierce Jeffreys, Deputy Clerk

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* San Diego Superior Court<br><br>330 West Broadway<br>San Diego, CA 92101 | **CASE NUMBER:**<br>*(Número del Caso):*<br><br>37-2023-00037208-CU-BT-CTL |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

James T. Hannink (131747); Zach P. Dostart (255071); DOSTART HANNINK LLP
4225 Executive Square, Suite 600, La Jolla, CA 92037; (858) 623-4200

| DATE: 08/29/2023<br>*(Fecha)* | Clerk, by<br>*(Secretaria)* | P. Jeffreys | , Deputy<br>*(Adjunto)* |
|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**[SEAL]**

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (authorized person)

   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

**SUMMONS**

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego

**08/28/2023** at 02:29:21 PM

Clerk of the Superior Court
By Pierce Jeffreys, Deputy Clerk

1  JAMES T. HANNINK (131747)
   jhannink@sdlaw.com
2  ZACH P. DOSTART (255071)
   zdostart@sdlaw.com
3  DOSTART HANNINK LLP
   4225 Executive Square, Suite 600
4  La Jolla, California 92037-1484
   Tel:  858-623-4200
5  Fax: 858-623-4299

6  Attorneys for Plaintiff

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                      COUNTY OF SAN DIEGO          '23CV1800 WQHKSC

10

11  JOSE RUIZ, individually and on behalf of all      CASE NO.  37-2023-00037208-CU-BT-CTL
    others similarly situated,
12                                                    <u>CLASS ACTION</u>
                  Plaintiff,
13                                                    COMPLAINT FOR:
    vs.
14                                                    (1) FALSE ADVERTISING
    THE BRADFORD EXCHANGE, LTD.,                      [Bus. & Prof. Code, §§ 17535 & 17600 et
15  an Illinois corporation;                          seq.]; and
    and DOES 1-50, inclusive,
16                                                    (2) UNFAIR COMPETITION
                  Defendants.                         [Bus. & Prof. Code, § 17200 et seq.]
17

18

19

20

21

22

23

24

25

26

27

28

## INTRODUCTION

1.      This class action complaint alleges that defendant The Bradford Exchange, Ltd. ("Bradford") violates California law by enrolling consumers in automatic renewal subscriptions without first providing the clear and conspicuous disclosures mandated by California law; charging consumers for automatic renewal subscriptions without first obtaining the consumer's affirmative consent to an agreement that contains clear and conspicuous disclosure of required automatic renewal offer terms; and failing to provide an acknowledgment that includes the required clear and conspicuous disclosures. This conduct constitutes false advertising, based on violation of the California Automatic Renewal Law (Bus. & Prof. Code, § 17600 et seq.), and it also violates the Unfair Competition Law (Bus. & Prof. Code, § 17200 et seq.). This action seeks restitution for Plaintiff and other affected California consumers.

## THE PARTIES

2.      Plaintiff Jose Ruiz ("Ruiz") is an individual residing in Orange County, California.

3.      The Bradford Exchange, Ltd. is an Illinois corporation that does business in San Diego County, and throughout California, including but not limited to the online marketing and sale of a variety of merchandise.

4.      Plaintiff does not know the names of the defendants sued as DOES 1 through 50 but will amend this complaint when that information becomes known. Plaintiff alleges on information and belief that each of the DOE defendants is affiliated with the named defendant in some respect and is in some manner responsible for the wrongdoing alleged herein, either as a direct participant, or as the principal, agent, successor, alter ego, or co-conspirator of or with one or more of the other defendants. For ease of reference, Plaintiff will refer to the named defendant and the DOE defendants collectively as "Defendants."

5.      Venue is proper in this judicial district because Bradford conducts business in San Diego County and because Bradford has not designated a principal office in California, such that venue is proper in any county designated by Plaintiff.

2

# SUMMARY OF APPLICABLE LAW

## Automatic Renewal Law (Bus. & Prof. Code, § 17600 et seq.)

6.      In 2009, the California Legislature passed Senate Bill 340, which took effect on December 1, 2010 as Article 9 of Chapter 1 of the False Advertising Law. (Bus. & Prof. Code, § 17600 et seq. ("ARL").) (Unless otherwise indicated, all statutory citations are to the California Business and Professions Code.) SB 340 was introduced because:

> It has become increasingly common for consumers to complain about unwanted charges on their credit cards for products or services that the consumer did not explicitly request or know they were agreeing to.  Consumers report they believed they were making a one-time purchase of a product, only to receive continued shipments of the product and charges on their credit card.  These unforeseen charges are often the result of agreements enumerated in the "fine print" on an order or advertisement that the consumer responded to.

(See Exhibit 1 at p. 4.)

7.      The Assembly Committee on Judiciary provided the following background for the legislation:

> This non-controversial bill, which received a unanimous vote on the Senate floor, seeks to protect consumers from unwittingly consenting to "automatic renewals" of subscription orders or other "continuous service" offers.  According to the author and supporters, consumers are often charged for renewal purchases without their consent or knowledge.  For example, consumers sometimes find that a magazine subscription renewal appears on a credit card statement even though they never agreed to a renewal.

(See Exhibit 2 at p. 8.)

8.      The ARL seeks to ensure that, before there can be a legally-binding automatic renewal or continuous service arrangement, there must first be clear and conspicuous disclosure of certain terms and conditions and affirmative consent by the consumer. To that end, section 17602(a) makes it unlawful for any business making an automatic renewal offer or a continuous service offer to a consumer in California to do any of the following:

a.      Fail to present the automatic renewal offer terms or continuous service offer terms in a clear and conspicuous manner before the subscription or purchasing agreement is fulfilled and in visual proximity to the request for consent to the offer. (§ 17602(a)(1).) For this purpose, "clear and conspicuous" means "in larger type than the surrounding text, or in contrasting type, font, or color to the surrounding text of the same size, or set off from the surrounding text of the same

size by symbols or other marks, in a manner that clearly calls attention to the language." (§ 17601(c).) The statute defines "automatic renewal offer terms" to mean the "clear and conspicuous" disclosure of the following: (a) that the subscription or purchasing agreement will continue until the consumer cancels; (b) the description of the cancellation policy that applies to the offer; (c) the recurring charges that will be charged to the consumer's credit or debit card or payment account with a third party as part of the automatic renewal plan or arrangement, and that the amount of the charge may change, if that is the case, and the amount to which the charge will change, if known; (d) the length of the automatic renewal term or that the service is continuous, unless the length of the term is chosen by the consumer; and (e) the minimum purchase obligation, if any. (§ 17601(b).)

b. Charge the consumer's credit or debit card or the consumer's account with a third party for an automatic renewal or continuous service without first obtaining the consumer's affirmative consent to the agreement containing the automatic renewal offer terms or continuous service offer terms. (§ 17602(a)(2).)

c. Fail to provide an acknowledgment that includes the automatic renewal or continuous service offer terms, cancellation policy, and information regarding how to cancel in a manner that is capable of being retained by the consumer. (§ 17602(a)(3).) Section 17602(b) requires that the acknowledgment specified in section 17602(a)(3) include a toll-free telephone number, electronic mail address, or another "cost-effective, timely, and easy-to-use" mechanism for cancellation.

9. As a species of false advertising, violation of the ARL gives rise to equitable relief, including restitution, pursuant to the general remedies provision of the False Advertising Law, section 17535. The remedies of the FAL are cumulative to each other and to the remedies available under all other laws of California. (§ 17534.5.)

10. If a business sends any goods, wares, merchandise, or products to a consumer under an automatic renewal or continuous service agreement without first obtaining the consumer's affirmative consent to an agreement containing clear and conspicuous disclosure of all automatic renewal offer terms, such material is an "unconditional gift" to the consumer. (§ 17603.)

4

**Unfair Competition Law (Bus. & Prof. Code, § 17200 et seq.)**

11.     The Unfair Competition Law ("UCL") defines unfair competition as including any unlawful, unfair, or fraudulent business act or practice; any unfair, deceptive, untrue, or misleading advertising; and any act of false advertising. (§ 17200.)

12.     Violation of the UCL gives rise to equitable relief, including restitution. (§ 17203.) The remedies of the UCL are cumulative to each other and to the remedies available under all other laws of California. (§ 17205.)

## BACKGROUND

13.     Through the website www.bradfordexchange.com (the "Bradford website"), as well as other websites operated by Bradford (including but not limited to www.hamiltoncollection.com), Bradford markets and sells a range of items that Bradford refers to as "collectibles," including items such as coins, jewelry, sports memorabilia, holiday decorations, and others. When multiple items share a common theme, Bradford refers to the group of items as a "collection."

14.     The Bradford website frequently displays multiple "collection" items together, along with a displayed price. Although the Bradford website does not make it clear, the displayed price is the dollar amount Bradford charges for each single item, not for the collection. When a consumer responds by submitting an order, Bradford ships a single item to the consumer and charges the displayed price to the consumer's credit card, debit card, or third party payment account; and, *in addition*, Bradford enrolls the consumer in an ongoing "subscription" program under which Bradford subsequently ships additional items on a periodic basis and posts additional charges to the consumer's credit card, debit card, or third party payment account. In this way, many consumers make what they believe to be a one-time purchase, yet later discover subsequent charges on their credit card, debit card, or other payment account for a purported "subscription" that was never authorized.

15.     In recent years, many consumers have reported being charged by Bradford for a purported collection subscription that was never authorized. Indeed, there are hundreds of complaints about Bradford posted on the Better Business Bureau ("BBB") website (<https://www.bbb.org/us/il/niles/profile/collectibles/the-bradford-exchange-0694-1000008317>

5

[as of August 28, 2023]), many of which involve customers who report being charged for a collection subscription that they did not authorize, after making what they thought was a one-time purchase. The following consumer complaints, set forth verbatim from the BBB website, are illustrative:

> **Peter v. (Feb. 6, 2023).** When buying one collection item, the Bradford Exchange signs you up for a recurring purchase without telling you. Not clear or even mentioned in the order webpage nor the confirmation emails inform you that you are signing up for a recurring purchase. I have 6 charges on my account now adding up to $1000! I am now in a holding pattern until the last items arrive so that I can return them. What a terrible business model!

A true and correct printout of that complaint is attached as Exhibit 3.

> **Elene C. (Jan. 4, 2023).** Disingenuous is the adjective which jumps to mind: you order ONE item from them, and then they keep on sending you (or your chosen recipient) unauthorized items and charging you on a monthly basis. When you query this, they tell you it's a subscription service because the item you ordered happens to be part of a collection and they assume you want the whole collection mailed to you for the next 24 months?! But their original confirmation email for the order you placed for the single item does not advise about this "subscription service". Scam is what I would call it. Ridiculous way to try to make money. Appalling and distasteful practice.

A true and correct printout of that complaint is attached as Exhibit 4.

> **Alex Z. (Nov. 29, 2022).** Do not order. They are thieves. They will keep charging your credit card for things you did not order. Good luck calling them they will just argue and not help you. This place needs a nice class action law suit.

A true and correct printout of that complaint is attached as Exhibit 5.

> **Jeffrey A. (Mar. 30, 2022).** Purchased a few Christmas gifts and paid by credit card. Some months later, my credit card was billed for two items that then showed up. I called Bradford on 3/22 to ask why I was being sent this merchandise, and the *** said I signed up for a series. I don't believe I did so. If they are right, they are misleading at the very least. I told the *** that I wanted no more chargess and no more gifts sent. She agreed. I didn't want to go through the hassle of returning the stuff, so I at the charge. Now, on 3/30, another charge comes through. I called, and the *** was not helpful.Beware in dealing with this company. I wish I had never done business with them.

A true and correct printout of that complaint is attached as Exhibit 6.

> **JT. (Dec. 25, 2021).** Purchased a Christmas gift in early December for about $60 + tax/shipping. Arrived in reasonable time. I paid in full immediately.Three weeks later, I am being charged another $38.33 for something. I don't know why. I didn't sign up for any subscription, I just checked to make sure I didn't miss anything, and I didn't see any subscription boxes anywhere. So I figured I was just buying a this single gift. So why did I get charged for something???Now that I'm looking at others'

CLASS ACTION COMPLAINT

reviews, there is some VERY, VERY shady wording in their description. You are AUTOMATICALLY entered into a subscription service, and they don't outright spell that out for you. You don't have a choice. You have to opt out somehow (other reviews say they are extremely difficult to contact). Very poor design. Very awful company and business practices. The default should NOT be a subscription service. It should be a box or something you have to select. Another thing is I didn't even get an email or ANYTHING telling me this next item is being charged or coming! I only know because I just happened to check my credit card statement! (I would have known when the item arrived.) But I suppose if your intent is to bilk unwitting customers out of their money and hope they don't catch on, then they are probably doing pretty well for themselves.How is this company not been fined into oblivion with their wholly unscrupulous business practices?

A true and correct printout of that complaint is attached as Exhibit 7.

**Linda B. (Dec. 21, 2021).** I dont know how this company has not been sued for violations of UDAAP laws. I saw an add for a set of FOUR (4) elephant figurines on ******** and decided to buy them. I received and paid for the 4 figurines I agreed to purchase. Then, out of the blue, with no contact from the merchant whatsoever, I received a FIFTH figurine and the $50+ dollars was automatically billed to my credit card that they already had on file. I contacted the company and they advised that *sometimes*, if a collection is popular, they will add additional figurines and send them to the people who had signed up to purchase the collection. This is predatory and abusive behavior! I advised them that I wanted NO MORE ITEMS from their company and revoked their authority to charge my credit/debit card. Later, I received an invoice for a SIXTH figurine, that I never even received! Since they could no longer legally charge my card, they sent an invoice, telling me I owed them for the figurine they claimed they already sent. I finally just spoke to their customer service and had my account cleared of the charge, since I never received the item. But when I asked them to make sure I received no further items or charges, the response was that I wouldnt be receiving anything else BECAUSE THE SIXTH FIGURINE WAS THE LAST IN THE COLLECTION. Not because I asked them to stop. No. The only reason they werent queueing me up for more automatic purchases was because the collection was complete. Its infuriating and absurd. And then they tried to schmooze me into buying the sixth figurine because having the complete collection makes them more valuable. *eyeroll*

A true and correct printout of that complaint is attached as Exhibit 8.

**Problems with Product/Service. (July 29, 2021).** I ordered a halloween xmas tree in October 2020. I never received the item and was billed anyway. When I notified Bradford Exchange via phone that I did not receive the item I ordered they sent me another item. I returned it to sender and asked Bradford to refund my money. Now every month they **** be and send me items I do not want. I had to finally change my credit card number to stop the billing. I never signed up for a subscription and I never ordered anything other than the tree that I never received. My attempts to correct the situation with Bradford are going unaddressed by them. I want all the money they billed me to be returned. I want the collection letters from ***************** to stop. I feel I am being harassed. I'm a doctor and do not appreciate receiving collection notices nor do I understand Bradford's tactics for sending unordered items and billing and then totally disregarding my attempts to cease and desist.

A true and correct printout of that complaint is attached as Exhibit 9.

7

**Billing/Collection Issues. (Mar. 2, 2021).** I believe this company to be acting as a fraudulent company. My credit card has been charged over $3,000 for items that I continuously return and cancel. I have tried calling, filling out return forms and sent emails in writing that I wish to cancel any further deliveries and stop sending me merchandise. Their Customer Service wont assist over the phone and tell me I need to email and fill out cancellation on return forms. I have done this several times EACH time I get a new delivery and the problem persists. It was meant to be a ONE TIME gift for my daughters and over a year later I am still receiving items and being charged. Going through the hassle of having to cancel my credit shouldn't be my issue for their poor customer service, dysfunctional operations and unethical practices! I will NEVER order anything from this company again and STILL waiting for a REFUND for the 13 items I returned (unopened) and for items to stop arriving at my house!

A true and correct printout of that complaint is attached as Exhibit 10.

**Ben W. (Jan. 25, 2021).** Scam, these guys sign you up for reoccurring "subscription plans". They do have the text on the page for it, but its designed to make you not pay attention to it. During the entire checkout process(once the item is in your cart) no mention of reoccurring payments, schedules, saving your credit card, or that they will ship products to you without payment and bill you for it. This is a terrible business practice designed to make people pay 2-3 times more than they wanted to products they didn't actually want. Then the hassle of the process makes people not fight with them about it.

A true and correct printout of that complaint is attached as Exhibit 11.

**Advertising/Sales Issues. (Jan. 15, 2021).** Bradford Exchange engaged in the duplicitous practice of signing me up for a subscription without my permission. I purchased one product as a gift and, only by checking my credit card statement, found that the company charged me a second time two weeks later. There was no indication that I had signed up for a subscription and no email confirmation that I would be charged for more than the single product purchase. To be clear, the only email confirmation that I received from the company for for a single purchased item and, at no time did the company indicate that I signed up for a subscription. I called their customer service to complain and was provided with two types of misinformation. Firstly, the representative told me that I did sign up for a subscription. After my complaint, the representative said that he would discontinue my subscription (that I had never agreed to!). Secondly, the representative told me that the second item was being shipped to my house and that I could return the item for a full refund. This was also false. The item was shipped to the address to which I sent the initial gift. The item was opened and I was thanked. Now, I cannot return the item and I am out $42 for something that I would never have purchased twice. The Bradford Exchange company should be punished for its illegal business practice.

A true and correct printout of that complaint is attached as Exhibit 12.

**Erin C. (Jan. 14, 2021).** I ordered ornaments for Christmas. I was charged again around 12/21/2020 for a 'new order'. I called to place a complaint. They told me I signed-up for a monthly subscription; must've been small writing, tricky way to subscribe. They told me it's too late to cancel the last order, I can send it back, refuse it, etc but she has cancelled the subscription going forward. So, I just paid for what they sent and figured I would not get another charge. Here we are 1/14/2021 and there's ANOTHER Charge on my account. Do not trust this company.

CLASS ACTION COMPLAINT

A true and correct printout of that complaint is attached as Exhibit 13.

**Julie H. (Jan. 5, 2021).** I ordered two collector ornaments on October 19 from the The Bradford Exchange, Ltd. https://www.bradfordexchange.com/ and I received them. The issue was afterwards. The Bradford Exchange signed me up without my knowledge for a subscription of regular shipments of the same ornaments I received 3 more shipments (Nov 13, Dec. 10, and Dec. 11, 2020) of which they charged me $38.54 each time. After I finally reached their customer service on Dec. 21 by phone (the rep was located in Jamaica), the rep said she would cancel the subscription and refund me the three orders they sent without my knowledge. I returned all three on Dec. 21 and I have only received a refund for one of them. Plus they never stopped the subscription and I just got charged for a 4th shipment (Jan 4, 2021). So they still owe me $115.62. I called the customer service back again on Jan 5, 2020 and the rep said he can't refund me the 4th one and would "try" to refund the other two that I had already returned on December 21. He said he would also "try" to stop the subscription. I asked to speak to a supervisor and twice he put me on hold, both times for over 30 minutes and I still never got the supervisor. I also asked on both my calls for customer service to send me emails on all of their correspondence, to confirm cancelation of the false subscription and for any refunds. I have never received even one email from them directly, even for my initial legitimate order. The only emails I got were from PayPal which is how I paid for them. If I had not gotten notices from PayPal of my charges, I would not have been alerted to their scam charges! They still owe me for three shipments I never ordered (totaling $115.62) and I still have not gotten a confirmation that they have canceled the false subscription. I am not able to reach the Brradford Exchange management and the reps on the phone said they couldn't refund me even though I returned the additional ornaments that I never ordered. Will they ever refund me and will they ever cancel me out of this ongoing scam? Help!

A true and correct printout of that complaint is attached as Exhibit 14.

<u>**Ricky C.**</u> **(Nov. 11, 2020).** If I could give negative stars I would. "Fraudulent, Scammers, Misleading in their advertising", as highlighted in the reviews are all true. I'm embarrassed I fell for their deceptive marketing. In Feb 2020, I purchased 2 Rudolph Christmas trees @ $59.99 ea plus shipping. Throughout the summer, they continued to charge my credit card and send additional items (I never ordered) . At some point (Aug/Sep) they changed tactics and sent me a bill for ~$139.00 for additional stuff. So here we are close to $500.00 for 2 $59.99 items. Now they are turning me over to a collection agency for not paying the ~$139.00 for stuff I didn't order. So here I am now wondering how much I will be charged for stuff I didn't order and when it will STOP. I will send the ~$139.00 and hope this is my last interaction with them. I wish I would have looked them up on the BBB before I made my purchase. I recommend the BBB reassess this company's A+ rating. My experience with them has not been A+. Rest assured, I will never purchase anything from them and I will warn my friends and family to avoid doing any business with The Bradford Exchange.

A true and correct printout of that complaint is attached as Exhibit 15.

**Thomas P. (Nov. 8, 2020).** Misleading, fraudulent, and unauthorized reoccurring charges: I purchased what was described as a complete train set from the Bradford Exchange website after seeing a cool ad. Well, it turned out to be just one part of a series of 20 parts of a train collectible, which I ultimately found out by having to call their customer service to see what the heck was going on when I just received on tiny part of the train in the mail even though I was charged what I thought was a fair price

9

for an entire set. I then called to cancel all future orders and close my account. The following next two months I was charged $20, each on the 3rd of the month, and received nothing (even though I called to cancel!). So I called to get a refund, and to cancel my account and all reoccurring charges...again. I also requested a confirmation of cancelation and wasn't given one. The customer service agent was nice, but seemed to have no idea what was going on or what those charges were for and wouldn't refund me. So I filed a claim with my credit card company for fraudulent charges and they took care of it and are sending me a new card. My entire experience with the Bradford Exchange has been ridiculous. I feel bad for other people, like the elderly, who are likely getting taken advantage with these illegal acts of unauthorized reoccurring charges that are likely the only thing keeping this corrupt business afloat. This is wrong. The Bradford Exchange needs to be investigated and shut down

A true and correct printout of that complaint is attached as Exhibit 16.

**Libby S. (Oct. 15, 2020).** I ordered what I thought was a single item from The Bradford Exchange in May for my mom for Mother's Day. It did not ship til a couple of months later - ok, no big deal. Mom loved it. A month after the first shipped, SURPRISE! I get a notification from my credit card company that another charge has been made. I went back to website and could find NO mention of my order being part of a series. None. Ok, I accept the 2nd shipment and then contact the company by email asking to cancel the order and send no more shipments. Sept brings another charge. I email them on Sept 18th and have a reply from a representative confirming my order has been cancelled. Then today (Oct 15th) I get yet another notification from my credit card company that ANOTHER charge has been made by The Bradford Exchange. At this point I am angry. I email the company again but then decide to work with my credit card company and dispute the charges since this company can't seem to figure out how not to keep taking advantage of their customers.

A true and correct printout of that complaint is attached as Exhibit 17.

**Marylou P. (Oct. 10, 2020).** I bought one piece from an ad in the paper. I paid using credit card. One month later I got a charge for half of total. I wrote them with documents saying I paid for the piece in full. They wrote back and said it was a series of 10 pieces. There is not one place in the ad for the piece that says it is a series, and at a total of $74 each there is no way I signed up for 9 more pieces. I contacted them 4 times. From August 16th to September 28th when I received a package from them. I returned it unopened refused. I had received an email September 26, 2020 saying all future editions are cancelled. I never ordered any just one period. Today October 10, 2020 I get a letter asking me to give them an address to send the piece to. I have written them 5 times, returned piece unopened, talked on the phone to a Malik who informed me the series were cancelled and two months later I am still hearing from them. I will never deal with this company again and I am returning the piece I originally bought I hate looking at it.

A true and correct printout of that complaint is attached as Exhibit 18.

**Angie L. (Sept. 13, 2020).** I ordered a dream catcher in April. I did not get charged or receive the item until a few months later. I was not notified there would be future charges and items sent as it was part of some collection and they automatically enroll you in a subscription plan. The item I ordered was overpriced as it was. I did not consent to further items. They just recently again without my consent or give notice,

10

pull $86 from my bank account automatically for an item I did not ask for. The item shipped without a word from the company warning me I was about to be charged and had unwittingly enrolled in a subscription plan. I feel this company preys on the elderly because they might not notice charges on their account. I wish I would have read the reviews before I ordered. I am now $90 short in my bank account and I do not have a disposable income. I do not make a lot of money and I'm not sure when I will get it back. I not only filed fraud charges with my bank I told them I wanted to press charges. The company is utterly evil. Do not buy anything from them they are overpriced and items are not that good quality for the price. Not only that once you buy an item they will have your card info so they can charge whatever you whenever.

A true and correct printout of that complaint is attached as Exhibit 19.

**Ray W. (July 30, 2020).** Do not do bushiness with this company. They sneakily tricked me into a subscription without my knowledge. Trying to cancel the subscription is a nightmare! I tried to call and after waiting on hold for a long time I finally got through to a person who barely spoke English. Then, before the call was complete or my problem resolved we were disconnected. I have tried email multiple times. I received only one response saying that if I don't want the subscription item to return it. I still have not been able to cancel my unwanted subscription.

A true and correct printout of that complaint is attached as Exhibit 20.

**Kerri B. (July 17, 2020).** I ordered 3 lanterns for gifts from Bradford Exchange back in November of 2019. I received them and was happy with them. However, in December 2019 I received 3 more lanterns, none of which I ordered. My credit card on file was charged totaling almost $300 for the 3 extra lanterns. I called to tell them this and had to dispute it with my credit card company who thankfully were wonderful about. Bradford Exchange claimed I was enrolled in this monthly program where every month I received 3 new lanterns. I did not ever agree to this. So the customer service representative assured me I was off the list, and that I wouldn't receive anything again. Then I received a 4th random lantern and was charged again. So I called to dispute this and was unhappy why I received and was charged for yet another lantern that I did not authorize. I was then again assured it would not happen again, and that once I sent back the lantern they would remove the charge. So I mailed and sent back this 4th lantern. Now I have just received a past due notice dated 6/30/20, and the charge has not been removed! I asked specifically when I was on the phone if this would be reported as a delinquency because of this outstanding bill. I was told it would not be with the situation, and I asked the customer service representative to add that to the notes so this would not happen. So apparently now I will have to call and dispute this yet again when all 4 extra lanterns I received were sent back to them and not even opened. I refuse to pay for something I never authorized. This is unacceptable that it keeps happening, and I keep being charged for something I never ordered. They assure you everything is taken care of when clearly it is not. Ironically the people who received the lanterns liked them, but I would never buy from this company again and would caution customers against it.

A true and correct printout of that complaint is attached as Exhibit 21.

/ / /

/ / /

/ / /

11

**Billing/Collection Issues (June 18, 2020).** I placed an order for 2 items back on 6/1/20. I was charged once the items were (finally) shipped out. I was correctly charged for both items and assumed my experience was done. I was just charged another 24.41 today, 6/18/20. Not idea why. I checked my PayPal and it states it's an "automatic payment". I NEVER approved ANY automatic payment. I simply ordered 2 items and paid for them. Their website it totally deceiving. When it says "39.99" each issue I assume Each issue is for EACH ISSUE I ORDER...not the multiple "issues" you list in fine print!! The photos show ONE item! The item I was ordering. I have no clue whether or not I will be receiving anything further but I did not intend to order or receive anything more than what I placed my order for: 2 separate coins. Nothing more. This is a great scam on behalf of this company. I better get my money back for this!!

A true and correct printout of that complaint is attached as Exhibit 22.

**Billing/Collection Issues (June 16, 2020).** This is my 2nd compliant I couldn't find the 1st one. I purchased an item using an account from Bradford Exchange. I received the item but was not informed at purchase it was a subscription. I found this out when my account was charged for the next installment. I immediately went to the Bradford site to cancel the order and get a refund since the 1st item was not what I expected and I had never intended on starting a subscription. The site showed no order information only that there was a subscription which I couldn't cancel since the site does not provide me with that option. I also couldn't cancel the order since the site shows no order. I tried contacting the vendor 3 times via their form mail without response. I tried calling twice, 1 time I was on hold for 35 minutes with no response, the 2nd time 10 minutes no response. After my 1st complaint I suddenly received 2 emails stating they cancelled the subscription and that I just needed to return the item. I replied back asking them for a tracking number since there was no order without getting a reply. I have no item to return, no order to cancel, no refund, and no way to get the company to respond other than lodging a complaint here.

A true and correct printout of that complaint is attached as Exhibit 23.

**LCCVA49. (May 5, 2020).** Deceptive marketing and billing practices. Poor customer service. It took 20 min for customer service to answer the phone. There is no way to cancel your SUBSCRIPTION online (that basically unbeknownst to you they enrolled you in). You have to call in and wait forever. In this day and age there should be a way to cancel you order and subscription online without having to wait forever for someone to answer. Your account page mentions nothing about being enrolled a subscription plan.

A true and correct printout of that complaint is attached as Exhibit 24.

**John B. (Mar. 21, 2020).** I would score them 0 stars if available. I ordered a christmas ornament and they just kept sending me additional ornaments I did not order. I paid for the last 2 through collection agencies. It took long time for me to talk to human being at Bradford exchange to stop shipments. This is pathetic way to do business, I have never received so many unordered shipments from any business in my life.

A true and correct printout of that complaint is attached as Exhibit 25.

CLASS ACTION COMPLAINT

16.     The frequency of consumer complaints to BBB about Bradford's subscription practices prompted BBB to post a "Pattern of Complaint" alert stating that customers alleged that Bradford's advertisements were not "clear and conspicuous that they would be billed separately the same amount for each item in the collection." A true and correct copy of that "Alert" from the BBB website is attached hereto as Exhibit 26.

17.     The foregoing BBB complaints aptly characterize what happened to Plaintiff when he made a purchase from Bradford in May 2020, as described below.

### PLAINTIFF'S PURCHASE FROM BRADFORD

18.     On or about May 6, 2020, using his mobile phone, Plaintiff made an online purchase through the Bradford website for "The Nightmare Before Christmas Musical Glitter Globe Train."

19.     Attached hereto as Exhibit 27 are four exemplar screenshots of "The Nightmare Before Christmas Glitter Globe Train" as displayed on the Bradford website during 2022. The four screenshots (designated as Screens 1-4) reflect what would be displayed to a consumer when progressively scrolling from the top of the page to the bottom. On information and belief, other than the price, these screens are the same as or substantially similar to the screens as they appeared on the Bradford website in 2020 when Plaintiff made his purchase. The actual website screens as they existed on May 6, 2020, are in Bradford's exclusive possession and will be sought as part of discovery in this action.

20.     Attached hereto as Exhibit 28 is an exemplar screenshot as displayed on the Bradford website during 2022, which reflects what would be displayed to a consumer after selecting "The Nightmare Before Christmas Glitter Globe Collection" for purchase. On information and belief, other than the price, this screen is the same as or substantially similar to the screen as it appeared on the Bradford website in 2020 when Plaintiff made his purchase. The actual website screen as it existed on May 6, 2020, is in Bradford's exclusive possession and will be sought as part of discovery in this action.

21.     After selecting the "Checkout" button, the consumer is presented with a sequence of screens to insert billing and shipping information, followed by a screen for entry of payment information. Attached hereto as Exhibit 29 is a screenshot of the payment screen as displayed on

CLASS ACTION COMPLAINT

the Bradford website during 2022. On information and belief, this screen is the same as or substantially similar to the payment screen as it appeared on the Bradford website in 2020 when Plaintiff made his purchase. The actual website payment screen as it existed on May 6, 2020, is in Bradford's exclusive possession and will be sought as part of discovery in this action.

22.     On May 6, 2020, Plaintiff paid for the purchase in the amount of $40.49, using his PayPal account. Plaintiff believed this was a one-time transaction and that this payment was the end of his dealings with Bradford. After the online purchase process was complete, Plaintiff received an email from Bradford with the subject line "Thank You for Your Purchase." A true and correct copy of that email is attached hereto as Exhibit 30.

23.     When Plaintiff made the purchase on May 6, 2020, Plaintiff was not aware that Bradford would contend that he had given consent to be enrolled in a subscription for which Bradford would post subsequent charges to Plaintiff's PayPal account. In the months following the May 6, 2022 transaction, Bradford made a series of unauthorized charges to Plaintiff's PayPal account, as follows:

| Date | Amount |
|---|---|
| May 27, 2020 | $20.24 |
| June 24, 2020 | $20.25 |
| June 26, 2020 | $20.24 |
| July 24, 2020 | $20.25 |
| August 4, 2020 | $20.38 |
| August 25, 2020 | $20.39 |
| September 2, 2020 | $20.38 |
| September 30, 2020 | $20.39 |
| November 23, 2020 | $20.38 |
| December 18, 2020 | $20.39 |
| September 9, 2021 | $20.38 |
| Total | $223.67 |

CLASS ACTION COMPLAINT

24.     If Plaintiff had known that Bradford was going to enroll him in an automatic renewal or continuous service subscription that would result in subsequent charges, Plaintiff would not have purchased anything from Bradford.

## CLASS ACTION ALLEGATIONS

25.     Plaintiff brings this lawsuit as a class action under Code of Civil Procedure § 382 on behalf of the following Class: "All California residents who were both (1) enrolled in a Bradford collection subscription on or after December 1, 2010 and (2) charged for one or more items as part of such subscription within the applicable statute of limitations. Excluded from the Class are all employees of Defendants, all employees of Plaintiff's counsel, and the judicial officers to whom this case is assigned."

26.     _Ascertainability_. The members of the Class may be ascertained by reviewing records in the possession of Defendants and/or third parties, including without limitation Defendants' customer, order, and billing records.

27.     _Common Questions of Fact or Law_. There are questions of fact or law that are common to the members of the Class, which predominate over individual issues. Common questions regarding the Class include, without limitation: (1) whether Defendants present all statutorily-mandated automatic renewal or continuous service offer terms, within the meaning of § 17601(b); (2) whether Defendants present automatic renewal or continuous service offer terms in a manner that is "clear and conspicuous," within the meaning of § 17601(c); (3) whether Defendants obtain consumers' affirmative consent to an agreement containing clear and conspicuous disclosure of automatic renewal or continuous service offer terms before charging a credit card, debit card, or a third party payment account; (4) whether Defendants provide consumers with an acknowledgment that includes clear and conspicuous disclosure of all statutorily-mandated automatic renewal or continuous service offer terms, the cancellation policy, and information regarding how to cancel; (5) Defendants' record-keeping practices; and (6) the appropriate remedies for Defendants' conduct.

28.     _Numerosity_. The Class is so numerous that joinder of all Class members would be impracticable. Plaintiff is informed and believes and thereon alleges that the Class consists of at least 100 members.

CLASS ACTION COMPLAINT

29.    <u>Typicality and Adequacy</u>. Plaintiff's claims are typical of the claims of the Class members. Plaintiff alleges that Defendants enrolled Plaintiff and Class members in automatic renewal subscriptions without disclosing all terms required by law, and without presenting such terms in the requisite "clear and conspicuous" manner; charged Class members' credit cards, debit cards, or third party payment accounts without first obtaining Class members' affirmative consent to an agreement containing clear and conspicuous disclosure of automatic renewal offer terms; and failed to provide the requisite acknowledgment. Plaintiff has no interests that are adverse to those of the other Class members. Plaintiff will fairly and adequately protect the interests of the Class members.

30.    <u>Superiority</u>. A class action is superior to other methods for resolving this controversy. Because the amount of restitution to which the Class members may be entitled is low in comparison to the expense and burden of individual litigation, it would be impracticable for Class members to redress the wrongs done to them without a class action forum. Furthermore, on information and belief, many Class members do not know that their legal rights have been violated. Class certification would also conserve judicial resources and avoid the possibility of inconsistent judgments.

## **FIRST CAUSE OF ACTION**

False Advertising (Based on Violation of the California Automatic Renewal Law)

(Bus. & Prof. Code, §§ 17535 & 17600 et seq.)

31.    Plaintiff incorporates the previous allegations as though set forth herein.

32.    During the applicable statute of limitations period, Defendants enrolled consumers, including Plaintiff and Class members, in automatic renewal and/or continuous service subscriptions and have (a) failed to present the automatic renewal or continuous service offer terms in a clear and conspicuous manner before the subscription agreement is fulfilled and in visual proximity to the request for consent to the offer, in violation of § 17602(a)(1); (b) charged the consumer's credit or debit card or the consumer's third-party payment account for an automatic renewal or continuous service without first obtaining the consumer's affirmative consent to an agreement containing clear and conspicuous disclosure of all automatic renewal or continuous service offer terms, in violation

16

of § 17602(a)(2); and (c) failed to provide an acknowledgment that includes clear and conspicuous disclosure of automatic renewal or continuous service offer terms, the cancellation policy, and information regarding how to cancel, in violation of § 17602(a)(3) and § 17602(b).

33.    Plaintiff has suffered injury in fact and lost money as a result of Defendants' violations alleged herein.

34.    Pursuant to § 17535, Plaintiff and Class members are entitled to restitution of all amounts that Defendants charged for subscriptions during the four years preceding the filing of this Complaint and continuing until Defendants' statutory violations cease.

<u>**SECOND CAUSE OF ACTION**</u>

Unfair Competition

(Bus. & Prof. Code, § 17200 et seq.)

35.    Plaintiff incorporates the previous allegations as though fully set forth herein.

36.    The Unfair Competition Law defines unfair competition as including any unlawful, unfair, or fraudulent business act or practice; any unfair, deceptive, untrue, or misleading advertising; and any act prohibited by Chapter 1 of Part 3 of Division 7 of the Business and Professions Code. (§ 17200.)

37.    During the applicable statute of limitations, Defendants committed acts of unfair competition by, inter alia and without limitation: (a) failing to present automatic renewal and/or continuous service offer terms in a clear and conspicuous manner before a subscription is fulfilled, in violation of § 17602(a)(l); (b) charging the consumer's credit card, debit card, or third party payment account for an automatic renewal or continuous service without first obtaining the consumer's affirmative consent to an agreement containing clear and conspicuous disclosure of automatic renewal or continuous service offer terms, in violation of § 17602(a)(2); and (c) failing to provide an acknowledgment that includes clear and conspicuous disclosure of automatic renewal or continuous service offer terms, cancellation policy, and information regarding how to cancel, in violation of § 17602(a)(3). Plaintiff reserves the right to allege other business practices that constitute unfair competition.

38.     Defendants' acts and omissions as alleged herein violate obligations imposed by statute, are substantially injurious to consumers, offend public policy, and are immoral, unethical, oppressive, and unscrupulous as the gravity of the conduct outweighs any alleged benefits attributable to such conduct.

39.     There were reasonably available alternatives to further Defendants' legitimate business interests, other than the conduct described herein.

40.     Plaintiff has suffered injury in fact and lost money as a result of Defendants' acts of unfair competition.

41.     Pursuant to § 17203, Plaintiff and the Class members are entitled to restitution of all amounts that Defendants charged for subscriptions during the four years preceding the filing of this Complaint and continuing until Defendants' statutory violations cease.

## **PRAYER**

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

On the First Cause of Action:

1.     For restitution;

On the Second Cause of Action:

2.     For restitution;

On All Causes of Action:

3.     For reasonable attorneys' fees, pursuant to Code of Civil Procedure § 1021.5;

4.     For costs of suit;

5.     For pre-judgment interest; and

6.     For such other relief as the Court may deem just and proper.

Dated: August 28, 2023                    DOSTART HANNINK LLP


ZACH P. DOSTART
Attorneys for Plaintiff

999332.5

18

CLASS ACTION COMPLAINT

Exhibit 1

**SENATE JUDICIARY COMMITTEE**
**Senator Ellen M. Corbett, Chair**
**2009-2010 Regular Session**

SB 340
Senator Yee
As Amended April 2, 2009
Hearing Date: April 14, 2009
Business and Professions Code
ADM:jd

### SUBJECT

Advertising:  Automatic Renewal Purchases

### DESCRIPTION

This bill would require, in any automatic renewal offer, a business to clearly and conspicuously state the automatic renewal offer terms and obtain the customer's affirmative consent to those terms before fulfilling any subscription or purchasing agreement on an automatic renewal basis.  This bill would also require all marketing materials to clearly and conspicuously display a toll-free telephone number, if available, telephone number, postal address, or electronic mechanism the customer could use for cancellation.

This bill would require the order form to clearly and conspicuously disclose that the customer is agreeing to an automatic renewal subscription or purchasing agreement.

This bill would impose similar requirements for any automatic renewal offer made over the telephone or on an Internet Web page.

 (This analysis reflects author's amendments to be offered in committee.)

### BACKGROUND

Current consumer protection statutes do not address automatic renewal clauses or provisions in subscriptions or purchasing agreements.  Senate Bill 340 is intended to close this gap in the law.

When some businesses began using automatic renewals for subscriptions and purchase agreements for products and services, consumer complaints began to surface regarding those automatic renewals.  Consumers complained that they were unaware of and had

(800) 666-1917

LEGISLATIVE INTENT SERVICE

not requested the automatic renewals until they either received a bill or a charge on their credit card.

An example of this problem is illustrated by the Time, Inc. (Time) case. After receiving numerous consumer complaints, the Attorneys General of 23 states, including California, launched an investigation into Time's automatic renewal subscription offers. In 2006, the investigation resulted in a settlement agreement between the Attorneys General and Time that includes a number of reforms to automatic renewals that Time sends to their customers. Those reforms include, among others, expanded disclosure requirements and customers' affirmative consent to automatic renewals. (*See* Comment 2 for details.)

## **CHANGES TO EXISTING LAW**

Existing law, the Unfair Competition Law (UCL), provides that unfair competition means and includes any unlawful, unfair, or fraudulent business act or practice and unfair, deceptive, untrue or misleading advertising, and any act prohibited by the False Advertising Act (FAA). (Bus. & Prof. Code Sec. 17200 et seq.)

Existing law, the FAA, includes the following:
- prohibits any person with the intent, directly or indirectly, to dispose of real or personal property, to perform services, or to make or disseminate or cause to be made or disseminated to the public any statement concerning that real or personal property that is untrue or misleading and known or should be known to be untrue or misleading; and
- prohibits any person from making or disseminating any untrue or misleading statement as part of a plan or scheme with the intent not to sell that personal property or those services at the stated or advertised price. (Bus. & Prof. Code Sec. 17500.)

Existing law provides that any violation of the FAA is a misdemeanor punishable by imprisonment in the county jail not exceeding six months, or by a fine of $2,500, or by both. (Bus. & Prof. Secs. 17500, 17534.)

Existing law provides that any person who violates any provision of the FAA is liable for a civil penalty not to exceed $2,500 for each violation that must be assessed and recovered in a civil action by the Attorney General or by any district attorney, county counsel, or city attorney. (Bus. & Prof. Code Sec. 17536.)

Existing law provides that a person who has suffered injury in fact and has lost money or property as a result of unfair competition may bring a civil action for relief. (Bus. & Prof. Code Sec. 17204.)

Existing law provides for injunctive relief, restitution, disgorgement, and civil penalties. (Bus. & Prof. Code Secs. 17203, 17206.)

(800) 666-1917

LEGISLATIVE INTENT SERVICE

Exhibit 1
Page 2

<u>This bill</u> would require all printed marketing materials containing an offer with an automatic renewal term to comply with the following: the customer's agreement to the automatic renewal offer must be obtained in accordance with either (1) or (2) below so that the customer is given the opportunity to expressly consent to the offer:

1.      All automatic renewal offer terms must appear on the order form in immediate proximity to the area on the form where the customer selects the subscription or purchasing agreement billing terms or where the subscription or purchasing agreement billing terms are described; the order form must clearly and conspicuously disclose that the customer is agreeing to an automatic renewal subscription or purchasing agreement; and the automatic renewal offer terms must appear on materials that can be retained by the customer.

2.      Both of the following:
a. on the front of the order form, the marketing materials must (i) refer to the subscription or purchasing agreement using the term "automatic renewal" or "continuous renewal," (ii) clearly and conspicuously state that the customer is agreeing to the automatic renewal, and (iii) specify where the full terms of the automatic renewal offer may be found; and
b.   the marketing materials must clearly and conspicuously state the automatic renewal offer terms presented together preceded by a title identifying them specifically as the "Automatic Renewal Terms," "Automatic Renewal Conditions," "Automatic Renewal Obligations," or "Continuous Renewal Service Terms," or other similar description.

<u>This bill</u> would require all marketing materials that offer an automatic renewal, when viewed as a whole, to clearly and conspicuously disclose the material terms of the automatic renewal offer and must not misrepresent the material terms of the offer.

<u>This bill</u> would require an automatic renewal to clearly and conspicuously describe the cancellation policy and how to cancel, including, but not limited to, a toll-free telephone number, if available, telephone number, postal address, or electronic mechanism on the Internet Web page or on the publication page of the printed materials.

<u>This bill</u> would require, in any automatic renewal offer made over the telephone, a business to clearly and conspicuously state the automatic renewal terms prior to obtaining a customer's consent and payment information.  The business must obtain a clear affirmative statement from the customer agreeing to the automatic renewal offer terms and must send a written acknowledgement that contains the toll-free number, if available, telephone number, postal address, or electronic mechanism for cancellation.

<u>This bill</u> would require, in any automatic renewal offer made on an Internet Web page, the business to clearly and conspicuously disclose the automatic renewal offer terms prior to the button or icon on which the customer must click to submit the order.  In any automatic renewal offer made on an Internet Web page where the automatic renewal terms do not appear immediately above the submit button, the customer must be required to affirmatively consent to the automatic renewal offer terms.  The automatic

(800) 666-1917

LEGISLATIVE INTENT SERVICE

Exhibit 1
Page 3

renewal terms must be preceded by a title identifying them as the "Automatic Renewal Terms," "Automatic Renewal Conditions," "Automatic Renewal Obligations,""Continuous Renewal Service Terms," or other similar description.

This bill would require, in any automatic renewal offer, a business to clearly and conspicuously state the automatic renewal offer terms and obtain the customer's affirmative consent to those terms before fulfilling any subscription or purchasing agreement on an automatic renewal basis and all marketing materials that offer an automatic renewal subscription or purchasing agreement must clearly and conspicuously display the cancellation policy and how to cancel.

This bill would provide that no business may represent that a product is "free" if the cost of the product is incorporated in the price of the accompanying item purchased under automatic renewal conditions.

This bill would provide that a violation of the bill's provisions would not be a crime, but all applicable civil remedies would be available.

This bill would define key terms, including "automatic renewal" and "automatic renewal terms."  (*See* Comment 4.)

## COMMENT

1. Stated need for the bill

The author writes:

> It has become increasingly common for consumers to complain about unwanted charges on their credit cards for products or services that the consumer did not explicitly request or know they were agreeing to.  Consumers report they believed they were making a one-time purchase of a product, only to receive continued shipments of the product and charges on their credit card.  These unforeseen charges are often the result of agreements enumerated in the "fine print" on an order or advertisement that the consumer responded to.  The onus falls on the consumer to end these product shipments and stop the unwanted charges to their credit card.

A widespread instance of these violations resulted in the 2006 Time, Inc. case, in which Time settled a multi-state investigation into its automatic renewal offers and solicitations.  The states launched their probe after receiving complaints from consumers that Time was billing them or charging their credit cards for unwanted magazine subscriptions.  The states' investigation found that these mail solicitations misled some consumers into paying for unwanted or unordered subscriptions.

(800) 666-1917    LEGISLATIVE INTENT SERVICE

Exhibit 1
Page 4

2. <u>Time's Assurance of Voluntary Compliance or Discontinuance (Assurance) with Attorneys General; SB 340 modeled after the Assurance</u>

The Attorneys General of 23 states (States), including California, investigated Time's automatic renewal subscription offers.  Time publishes over 150 magazines worldwide, including Time, People, Sports Illustrated, This Old House, Entertainment Weekly, Fortune, and Popular Science.  Time required customers to notify it if they did not want a subscription renewal; otherwise Time charged customers' credit cards or billed customers.  The automatic renewal terms replaced "the industry's prior practice of offering limited-term subscriptions that were renewed at the Customer's affirmative election."  The States investigated:

> [W]hether the [automatic renewal] terms were clearly and adequately disclosed; whether the Customer was given an opportunity to expressly consent to the offer; whether the Customer was likely to believe the purchase was for a limited-term subscription, rather than an automatically renewed subscription; whether Customers were subsequently informed of the activation of an Automatic Renewal, and, if so, the manner in which they were so informed; the manner by which Customers were billed or charged; and how Time sought to collect payments for charges resulting from an Automatic Renewal.  (Matters Investigated set forth in the Assurance.)

As a result of the investigation, in 2006, the States reached a settlement agreement – the Assurance – with Time.  In the Assurance, Time agreed to:
- provide clear and conspicuous disclosures to consumers concerning all the material terms for automatic subscription renewals and, for the next five years, provide consumers the option to affirmatively choose an automatic renewal option and Time will send those consumers who have chosen an automatic subscription renewal written reminders, including information on the right and procedure to cancel;
- honor all requests to cancel subscriptions as soon as reasonably possible and to provide refunds to consumers charged for magazines they did not order;
- stop mailing solicitations to consumers for subscriptions that resemble bills, invoices, or statements of amounts due; and
- not submit unpaid accounts of automatic renewal customers for third party collection.

Time also agreed to refund to customers up to $4.3 million, which included up to $828,463 to 20,238 eligible California consumers, approximately $41 per consumer.  Senate Bill 340 is modeled in large part after the Assurance.

3. <u>Remedies available under the bill</u>

Senate Bill 340 would provide that a violation of its provisions would not be a crime, but all applicable civil remedies would be available.

Exhibit 1
Page 5

LEGISLATIVE INTENT SERVICE    (800) 666-1917

Under the FAA, any person who violates any provision of the FAA is liable for a civil penalty not to exceed $2,500 for each violation that must be assessed and recovered in a civil action by the Attorney General or by any district attorney, county counsel, or city attorney.  Under the UCL, a private party may bring a civil action for injunctive relief and/or for restitution of profits that the defendant unfairly obtained from that party.  However, the party must have suffered injury in fact and lost money or property.

4.  Key terms defined

This bill would define the following key terms:
    a.  "Automatic renewal" would mean a plan or agreement in which a subscription or purchasing agreement is automatically renewed at the end of a definite term for a subsequent term.
    b.  "Automatic renewal offer terms" would mean the following clear and conspicuous disclosure:
- that the subscription or purchasing agreement will continue unless the customer notifies the business to stop;
- that the customer has the right to cancel;
- that the customer will be billed, credit card charged, or other appropriate description of the payment method depending on the method described to the customer, or chosen by the customer on the front of the order form, and that the bill, charge, or other payment method will take place before the start of each new automatic renewal term;
- the length of the automatic renewal term or that the renewal is continuous, unless the length of the term is chosen by the customer;
- that the price paid by the customer for future automatic renewal terms may change; and
- the minimum purchase obligation, if any.

c.  "Clear and conspicuous" or "clearly and conspicuously" would mean a statement or  communication, written or oral, presented in a font, size color, location, and contrast against the background in which it appears, compared to the other matter which is presented, so that it is readily understandable, noticeable, and readable.
d.  "Marketing materials" would include any offer, solicitation, script, product description, publication, or other promotional materials, renewal notice, purchase order device, fulfillment material, or any agreement for the sale or trial viewing of products that are delivered by mail, in person, television or radio broadcast, e-mail, Internet, Internet Web page, or telephone device, or appearing in any newspaper or magazine or on any insert thereto, or Internet link or pop-up window.

5.  Recording of telephone automatic renewal offers

Assembly Bill 88 (Corbett, Ch. 77, Stats. 2003) incorporated into state law a rule adopted by the Federal Trade Commission intended to protect consumers from "abusive" telemarketing practices.  The rule requires, among other things, that telemarketers make

Exhibit 1
Page 6

(800) 666-1917                LEGISLATIVE INTENT SERVICE

and maintain an audio recording of all telephone solicitations.  (Telemarketing Sales Rule, 16 C.F.R. Part 310, 310.4(a)(6)(i), and 310.5(a)(5), effective March 31, 2009.)

The author may want to consider requiring that telephone automatic renewal offers be audio recorded and that the recording be maintained.

6.  <u>Author's amendments</u>

On page 3, line 17, insert:
(c)  "Continuous renewal" means a plan or arrangement in which a subscription or purchasing agreement is continuously renewed until the customer cancels the renewal.

On page 3, line 19, delete (c) and insert (d).

On page 3, line 34, delete (d) and insert (e).

On page 3, line 36, delete (e) and insert (f).

On page 4, line 4, insert (f).

On page 4, line 5, insert:
(g) All automatic renewal provisions in this article shall apply to continuous renewals.


<u>Support</u>:  California Public Interest Research Group; Consumer Federation of California; American Federation of State, County and Municipal Employees; California Alliance for Consumer Protection

<u>Opposition</u>:  None Known

**<u>HISTORY</u>**

<u>Source</u>:  Author

<u>Related Pending Legislation</u>:  None Known

<u>Prior Legislation</u>:  None Known

************

LEGISLATIVE INTENT SERVICE    (800) 666-1917



Exhibit 1
Page 7

Exhibit 2

SB 340
Page 1

Date of Hearing:  June 30, 2009

ASSEMBLY COMMITTEE ON JUDICIARY
Mike Feuer, Chair
SB 340 (Yee) – As Amended: June 24, 2009

PROPOSED CONSENT (As Proposed to be Amended)

<u>SENATE VOTE</u>: 37-0

<u>SUBJECT</u>:  AUTOMATIC RENEWAL AND CONTINUOUS SERVICE OFFERS

<u>KEY ISSUE</u>:  SHOULD A BUSINESS THAT MARKETS A PRODUCT WITH AN "AUTOMATIC RENEWAL OFFER" BE REQUIRED TO CLEARLY AND CONSPICUOUSLY DISCLOSE RENEWAL TERMS AND CANCELLATION POLICIES, AND TO OBTAIN THE CUSTOMER'S AFFIRMATIVE CONSENT TO AN AUTOMATIC RENEWAL?

<u>FISCAL EFFECT</u>:  As currently in print this bill is keyed non-fiscal.

**SYNOPSIS**

*This non-controversial bill, which received a unanimous vote on the Senate floor, seeks to protect consumers from unwittingly consenting to "automatic renewals" of subscription orders or other "continuous service" offers.  According to the author and supporters, consumers are often charged for renewal purchases without their consent or knowledge.  For example, consumers sometimes find that a magazine subscription renewal appears on a credit card statement even though they never agreed to a renewal.  Indeed, this problem led 23 state attorneys general to launch an investigation of Time, Inc., in response to claims that the company used deceptive practices in signing up customers for automatic subscription renewals. As part of a settlement of this dispute, Time agreed to institute new practices so that customers are fully aware of and affirmatively consent to automatic renewals.  This bill, following the lead of the Times' settlement, would require that renewal terms and cancellation policies be clearly and conspicuously presented to the consumer, whether the offer is made on printed material or through a telephone solicitation.  In addition, the bill would require that the consumer make some affirmative acknowledgement before an order with an automatic renewal can be completed.  Finally, the bill specifies that violation of the bill's provisions do not constitute a crime.  The author has worked closely with affected business interests and has made several amendments that appear to address all stakeholders' concerns.  There is no registered opposition to the bill.*

<u>SUMMARY</u>:  Requires any business making an "automatic renewal" or "continuous service" offer to clearly and conspicuously, as defined, disclose terms of the offer and obtain the consumer's affirmative consent to the offer.  Specifically, <u>this bill</u>:

1)  Makes it unlawful for any business making an automatic renewal offer or a continuous service offer to a consumer to do any of the following:



LEGISLATIVE INTENT SERVICE    (800) 666-1917

Exhibit 2
Page 8

a) Fail to present the offer terms in a clear and conspicuous manner, as defined, before the subscription or purchasing agreement is fulfilled and in visual proximity, or in the case of an offer conveyed by voice, in temporal proximity, to the request for consent to the offer.

b) Charge the consumer's credit or debit card or the consumer's account with a third party for an automatic renewal or continuous service offer without first obtaining the consumer's affirmative consent.

c) Fail to provide automatic renewal or continuous service offer terms, cancellation policy, and information regarding how to cancel in a manner that is capable of being retained by the consumer. If the offer includes a free trial, the business shall disclose how to cancel and allow the consumer to cancel before the consumer pays for the goods or services.

2) Requires a business making automatic renewal or continuous service offers to provide a toll-free telephone number, electronic mail address, a postal address if the seller directly bills the customer, or another cost-effective, timely, and easy-to-use mechanism for cancellation that shall be described in the written acknowledgment.

3) Specifies that in the case of a material change in the terms of an automatic renewal or continuous service offer that has been accepted by the consumer, the business shall provide the consumer with a clear and conspicuous notice of the material change and provide information regarding how to cancel in a manner that is capable of being retained by the consumer.

4) Specifies that the requirements of this bill shall only apply to the completion of the initial order for the automatic renewal or continuous service, except as provided.

5) Provides that in any case in which a business sends any goods, wares, merchandise, or products to a consumer, under a continuous service or automatic renewal, without first obtaining the consumer's affirmative consent, in the manner required by this bill, then the goods, wares, merchandise, or products shall be deemed an unconditional gift to the consumer, and the business shall bear any shipping or other related costs.

6) Provides that violation of the provisions of this bill shall not be a crime, but that all civil remedies that apply to a violation may be employed. Specifies, however, that if a business complies with the provisions of this bill in good faith, it shall not be subject to civil remedies.

7) Exempts from the provisions of this bill any service provided by certain businesses or entities, including those regulated by the California Public Utilities Commission, the Federal Communication Commission, or the Federal Energy Regulatory Commission.

<u>EXISTING LAW</u>:

1) Provides, under the Unfair Competition Law (UCL), that unfair competition includes any unlawful, unfair, or fraudulent business act or practice, including any unfair, deceptive, or untrue advertising, or any act prohibited by the False Advertising Act (FAA). (Business & Professions Code Section 17200 *et seq.*)

2) Prohibits any person with the intent, directly or indirectly, to sell any goods or services by making or disseminating statements that the person knows, or should know, to be untrue or misleading, and prohibits any person from making or disseminating any untrue or misleading

Exhibit 2
Page 9

LEGISLATIVE INTENT SERVICE    (800) 666-1917

statement as part of a plan or scheme to sell goods or services at other than the stated or advertised price. (Business & Professions Code section 17500.)

3) Provides that any violation of the FAA is a misdemeanor. (Business & Professions Code sections 17500, 17534.)

4) Provides that any person who violates any provision of the FAA is liable for a civil penalty not to exceed $2,500 for each violation that must be assessed and recovered in a civil action by the Attorney General or by any district attorney, county counsel, or city attorney. (Business & Professions Code section 17536.)

5) Provides that a person who has suffered injury in fact and has lost money or property as a result of unfair competition may bring a civil action for relief. (Business & Professions Code section 17204.)

6) Provides for injunctive relief, restitution, disgorgement, and civil penalties for FAA violations. (Business & Professions Code sections 17203, 17206.)

<u>COMMENTS</u>: This non-controversial bill is a response to reported consumer complaints that certain businesses, especially those offering magazine subscriptions or other potentially continuous services, lure customers into signing up for "automatic renewals" without the consumer's full knowledge or consent. This bill seeks to address this problem by requiring clear disclosures and affirmative acts of customer consent. The author states:

> It has become increasingly common for consumers to complain about unwanted charges on their credit cards for products or services that the consumer did not explicitly request or know they were agreeing to. Consumers report they believed they were making a one-time purchase of a product, only to receive continued shipments of the product and charges on their credit card. These unforeseen charges are often the result of agreements enumerated in the 'fine print' on an order or advertisement that the consumer responded to. The onus falls on the consumer to end these product shipments and stop the unwanted charges to their credit card.

As noted in the author's background material, this bill was prompted in part by an investigation brought by the attorneys general of 23 states, including California, against Time, Inc. The investigations found that subscribers to several magazines published by Time, Inc. were discovering that their subscriptions were automatically renewed even though the customers claimed that they had never knowingly consented to the renewals. In 2006, the investigation resulted in a settlement agreement between the Attorneys General and Time that requires Time to more clearly disclose renewal terms and ensure that the consumer take some affirmative step to acknowledge consent or rejection of the automatic renewal offer. According to the author, the specific disclosure and consent requirements in this measure are modeled after, though not identical to, those set forth in the Time settlement.

<u>ARGUMENTS IN SUPPORT</u>: According to the California Public Interest Research Group (CALPIRG), "this bill will help ensure that consumers only get into an ongoing subscription if they want to." According to the Consumer Federation of California, this measure will curb deceptive marketing practices that are used to sell everything from magazine subscriptions to "free trial" offers that lock consumers into an ongoing purchase agreement. Supporters generally



LEGISLATIVE INTENT SERVICE     (800) 666-1917

Exhibit 2
Page 10

contend that this is a straightforward measure reflecting the basic premise that consumers deserve to know the terms and conditions to which they are agreeing.

<u>Author's Technical Amendments</u>:  The author wishes to take the following technical and clarifying amendments:

- On page 4 after line 9 insert:

*(e) "Consumer" means any individual who seeks or acquires, by purchase or lease, any goods, services, money, or credit for personal, family, or household purposes.*

- On page 4 line 32 and on page line 16 change "customer" to "consumer"

<u>PRIOR LEGISLATION</u>:  AB 88 (Chapter 77, Stats. of 2003) provides that a contract for a good or service that is made in connection with a telephone solicitation is unlawful if the telemarketer is in violation of a recent Federal Trade Commission (FTC) rule requiring that the seller obtain specified information and express consent directly from the consumer and, under certain circumstances, maintain a recording of the call.  (This present bill would similarly require that automatic renewal offers made over the telephone comply with federal telephonic marketing regulations.)

<u>REGISTERED SUPPORT/OPPOSITION</u>:

<u>Support</u>:

California Alliance for Consumer Protection
California Public Interest Research Group (CALPIRG)
Consumer Federation of California

<u>Opposition</u>:

None on file

<u>Analysis Prepared by</u>:  Thomas Clark / JUD. / (916) 319-2334

Exhibit 2
Page 11

Exhibit 3



Peter v.

⭐ ☆ ☆ ☆ ☆

02/06/2023

When buying one collection item, the Bradford Exchange signs you up for a recurring purchase without telling you. Not clear or even mentioned in the order webpage nor the confirmation emails inform you that you are signing up for a recurring purchase. I have 6 charges on my account now adding up to $1000! I am now in a holding pattern until the last items arrive so that I can return them. What a terrible business model!



**The Bradford Exchange, Ltd. Response**    02/07/2023

Hello Peter, I am sorry for the misunderstanding with your subscription plan order. Please reach out to us via email at customer_inquiry@bgeltd.com with the order information or your full address, with a description of the issue so we can assist you. -Sadie

Exhibit 3
Page 12

Exhibit 4



**Elene C**

⭐☆☆☆☆                                                                          01/04/2023

Disingenuous is the adjective which jumps to mind: you order ONE item from them, and then they keep on sending you (or your chosen recipient) unauthorized items and charging you on a monthly basis. When you query this, they tell you it's a subscription service because the item you ordered happens to be part of a collection and they assume you want the whole collection mailed to you for the next 24 months?! But their original confirmation email for the order you placed for the single item does not advise about this "subscription service". Scam is what I would call it. Ridiculous way to try to make money. Appalling and distasteful practice.



**The Bradford Exchange, Ltd. Response**                                         01/06/2023

Hello *****, I am sorry to learn of your experience! Please reach out to us via email at
************************** with the order information or your full address, with a description of the issue so we can assist you! ****

Exhibit 4
Page 13

Exhibit 5



Alex Z

★☆☆☆☆                                                                    11/29/2022

Do not order. They are thieves. They will keep charging your credit card for things you did not order. Good luck calling them they will just argue and not help you. This place needs a nice class action law suit.



**The Bradford Exchange, Ltd. Response**                                    11/30/2022

Hello ****, I am very sorry for the unexpected credit card charges. Please reach out to us via email at *************************** with the order information or your full address, with a description of the issue so we can assist you. ********

Exhibit 5
Page 14

Exhibit 6



Jeffrey A

⭐☆☆☆☆                                                                03/30/2022

Purchased a few Christmas gifts and paid by credit card. Some months later, my credit card was billed for two items that then showed up. I called Bradford on 3/22 to ask why I was being sent this merchandise, and the *** said I signed up for a series. I don't believe I did so. If they are right, they are misleading at the very least. I told the *** that I wanted no more chargess and no more gifts sent. She agreed. I didn't want to go through the hassle of returning the stuff, so I at the charge. Now, on 3/30, another charge comes through. I called, and the *** was not helpful.Beware in dealing with this company. I wish I had never done business with them.



**The Bradford Exchange, Ltd. Response**                              04/01/2022

Hello *******, I am sorry for the misunderstanding with your subscription plan order and for the unexpected charges. Please reach out to us via email at *************************** with the order information or your full address, with a description of the issue so we can assist you. ********

Exhibit 6
Page 15

Exhibit 7



**JT**
⭐☆☆☆☆                                                                          12/25/2021

Purchased a Christmas gift in early December for about $60 + tax/shipping. Arrived in reasonable time. I paid in full immediately.Three weeks later, I am being charged another $38.33 for something. I don't know why. I didn't sign up for any subscription, I just checked to make sure I didn't miss anything, and I didn't see any subscription boxes anywhere. So I figured I was just buying a this single gift. So why did I get charged for something???Now that I'm looking at others' reviews, there is some VERY, VERY shady wording in their description. You are AUTOMATICALLY entered into a subscription service, and they don't outright spell that out for you. You don't have a choice. You have to opt out somehow (other reviews say they are extremely difficult to contact). Very poor design. Very awful company and business practices. The default should NOT be a subscription service. It should be a box or something you have to select. Another thing is I didn't even get an email or ANYTHING telling me this next item is being charged or coming! I only know because I just happened to check my credit card statement! (I would have known when the item arrived.) But I suppose if your intent is to bilk unwitting customers out of their money and hope they don't catch on, then they are probably doing pretty well for themselves.How is this company not been fined into oblivion with their wholly unscrupulous business practices?



**The Bradford Exchange, Ltd. Response**                                          12/31/2021

Hello ****, I am very sorry to learn that you have had issues with your order and would like to assist you. Please reach out to us via email at *************************** with the order information or your full address, with a description of the issue so we can assist you! -*********

Exhibit 7
Page 16

Exhibit 8



Linda B

⭐☆☆☆☆                                                                    12/21/2021

I dont know how this company has not been sued for violations of UDAAP laws. I saw an add for a set of FOUR (4) elephant figurines on ******** and decided to buy them. I received and paid for the 4 figurines I agreed to purchase. Then, out of the blue, with no contact from the merchant whatsoever, I received a FIFTH figurine and the $50+ dollars was automatically billed to my credit card that they already had on file. I contacted the company and they advised that *sometimes*, if a collection is popular, they will add additional figurines and send them to the people who had signed up to purchase the collection. This is predatory and abusive behavior! I advised them that I wanted NO MORE ITEMS from their company and revoked their authority to charge my credit/debit card. Later, I received an invoice for a SIXTH figurine, that I never even received! Since they could no longer legally charge my card, they sent an invoice, telling me I owed them for the figurine they claimed they already sent. I finally just spoke to their customer service and had my account cleared of the charge, since I never received the item. But when I asked them to make sure I received no further items or charges, the response was that I wouldnt be receiving anything else BECAUSE THE SIXTH FIGURINE WAS THE LAST IN THE COLLECTION. Not because I asked them to stop. No. The only reason they werent queueing me up for more automatic purchases was because the collection was complete. Its infuriating and absurd. And then they tried to schmooze me into buying the sixth figurine because having the complete collection makes them more valuable. *eyeroll*



**The Bradford Exchange, Ltd. Response**                                     01/06/2022

Hello *****, i am very sorry for the unexpected figurine and then an invoice. Please reach out to us via email at ************************** with the order information or your full address, with a description of the issue so we can assist you. ********

Exhibit 8
Page 17

Exhibit 9

**Complaint Type:**
Problems with Product/Service
**Status:**
Answered ❓

 **Initial Complaint**
07/29/2021

I ordered a halloween xmas tree in October 2020. I never received the item and was billed anyway. When I notified Bradford Exchange via phone that I did not receive the item I ordered they sent me another item. I returned it to sender and asked Bradford to refund my money. Now every month they **** be and send me items I do not want. I had to finally change my credit card number to stop the billing. I never signed up for a subscription and I never ordered anything other than the tree that I never received. My attempts to correct the situation with Bradford are going unaddressed by them. I want all the money they billed me to be returned. I want the collection letters from ****************** to stop. I feel I am being harassed. I'm a doctor and do not appreciate receiving collection notices nor do I understand Bradford's tactics for sending unordered items and billing and then totally disregarding my attempts to cease and desist.



**Business response**
08/03/2021

August3, 2021

Customer Relations Advocate
**********************
*******************************************************

RE: ****** Gonzalez
*******************************************

Case # ********
Account # *********

Dear Sir:

We are in receipt of your notification, dated July 30,2021, regarding ********************** complaint.

Exhibit 9
Page 18

We apologize for the confusion with the online creditcard order for the Nightmare Before Christmas Tabletop Tree collectionplaced by ********************.  Our websitestates:

Yourfun-tastic nightmare begins with Issue **** ************ andSally. Next to arrive will be Issue Two, the 3-foot, pre-litThe Dark of the Moon Holiday Tree. Soon your collection will continue with Issue Three, Cemetery ********* Tree Topper and FREE PurpleNightshade Tree Skirt and additional Nightmare Before Christmassculptures, figurines and ornaments for your tree, each issue to arriveseparately.

Each issue will be shipped to you for your review, about one every month or two (pending availability), at the same low issue price and charged to the credit card on which your order was placed. No need to order each one separately
You may cancel your collection at any time with no obligation.
The four issues that shipped were **** SkellingtonsHouse, Dark of the Moon, Tree Skirt with Tree Topper,and Halloween Town Ornaments. When we received notice of chargebacks fromMr. *************** the collection was canceled, and nothing has shipped sinceMarch 25, 2021.   Prepaid return labels are enclosed with eachshipment for returns.

Should ******************** have any further questions orconcerns, he can contact us directly; our toll-free number is ************; ourhours are Monday through Friday, 7:00 a.m. to 6:00 p.m. (CT).


Sincerely,
*****************************
Client Services

Exhibit 9
Page 19

Exhibit 10

**Complaint Type:**
Billing/Collection Issues
**Status:**
Answered ❓

 **Initial Complaint**
03/02/2021

I believe this company to be acting as a fraudulent company. My credit card has been charged over $3,000 for items that I continuously return and cancel. I have tried calling, filling out return forms and sent emails in writing that I wish to cancel any further deliveries and stop sending me merchandise. Their Customer Service wont assist over the phone and tell me I need to email and fill out cancellation on return forms. I have done this several times EACH time I get a new delivery and the problem persists. It was meant to be a ONE TIME gift for my daughters and over a year later I am still receiving items and being charged. Going through the hassle of having to cancel my credit shouldn't be my issue for their poor customer service, dysfunctional operations and unethical practices! I will NEVER order anything from this company again and STILL waiting for a REFUND for the 13 items I returned (unopened) and for items to stop arriving at my house!

 **Business response**
03/10/2021

*TMarch 10, 2021*

*Customer Relations Advocate*
*Better Business Bureau*
*330 N. Wabash Avenue, Suite 2006*
*Chicago, IL 60611*

*RE: Doriann T*****
* ****** ***
********** NY 11030-1629*

*Case # ********
Account # *********

*Dear Ms. R*******

*We are in receipt of your notification dated March 3, 2021 regarding Ms. T******* complaint.*

*The customer received multiple shipments of "TK Holiday Lanterns "starting with item *********** and claims that she did not order these items. We issued prepaid return labels. Upon receipt, the account will be settled.  We apologize for any inconvenience this may have caused.*

*If Ms. T***** has any other questions, she can contact us directly; our toll free number is ###-###-####; our hours of operation are Monday through Friday, 7:00 a.m. to 6:00 p.m. (CT).*

*Sincerely,*

*Rosalie G****
Client Services*

Exhibit 10
Page 20

Exhibit 11



**Ben W**
⭐☆☆☆☆                                                                                    01/25/2021

Scam, these guys sign you up for reoccurring "subscription plans". They do have the text on the page for it, but its designed to make you not pay attention to it. During the entire checkout process(once the item is in your cart) no mention of reoccurring payments, schedules, saving your credit card, or that they will ship products to you without payment and bill you for it. This is a terrible business practice designed to make people pay 2-3 times more than they wanted to products they didn't actually want. Then the hassle of the process makes people not fight with them about it.



**The Bradford Exchange, Ltd. Response**                                                02/01/2021

Hello Ben, I am sorry to learn of your experience! Please email us at customer_inquiry@bgeltd.com with the order information and a brief recap of the issue and we would be happy to help. - Stephanie

Exhibit 11
Page 21

Exhibit 12



**Initial Complaint**
01/15/2021

**Complaint Type:** Advertising/Sales Issues
**Status:** Resolved

Bradford Exchange engaged in the duplicitous practice of signing me up for a subscription without my permission. I purchased one product as a gift and, only by checking my credit card statement, found that the company charged me a second time two weeks later. There was no indication that I had signed up for a subscription and no email confirmation that I would be charged for more than the single product purchase. To be clear, the only email confirmation that I received from the company for for a single purchased item and, at no time did the company indicate that I signed up for a subscription. I called their customer service to complain and was provided with two types of misinformation. Firstly, the representative told me that I did sign up for a subscription. After my complaint, the representative said that he would discontinue my subscription (that I had never agreed to!). Secondly, the representative told me that the second item was being shipped to my house and that I could return the item for a full refund. This was also false. The item was shipped to the address to which I sent the initial gift. The item was opened and I was thanked. Now, I cannot return the item and I am out $42 for something that I would never have purchased twice. The Bradford Exchange company should be punished for its illegal business practice.

Exhibit 12
Page 22

Exhibit 13



**Erin C.**

⭐☆☆☆☆                                                            01/14/2021

I ordered ornaments for Christmas. I was charged again around 12/21/2020 for a 'new order'. I called to place a complaint. They told me I signed-up for a monthly subscription; must've been small writing, tricky way to subscribe. They told me it's too late to cancel the last order, I can send it back, refuse it, etc but she has cancelled the subscription going forward. So, I just paid for what they sent and figured I would not get another charge. Here we are 1/14/2021 and there's ANOTHER Charge on my account. Do not trust this company.



**The Bradford Exchange, Ltd. Response**                          01/19/2021

Hello, I am very sorry to learn of your experience! Please email us at customer_inquiry@bgeltd.com with the order information and a brief recap of the issue and we would be happy to help. -Carla

Exhibit 13
Page 23

Exhibit 14



**Julie H**
⭐☆☆☆☆

01/05/2021

I ordered two collector ornaments on October 19 from the The Bradford Exchange, Ltd.
https://www.bradfordexchange.com/ and I received them. The issue was afterwards. The Bradford
Exchange signed me up without my knowledge for a subscription of regular shipments of the same
ornaments I received 3 more shipments (Nov 13, Dec. 10, and Dec. 11, 2020) of which they charged me
$38.54 each time. After I finally reached their customer service on Dec. 21 by phone (the rep was located
in Jamaica), the rep said she would cancel the subscription and refund me the three orders they sent
without my knowledge. I returned all three on Dec. 21 and I have only received a refund for one of them.
Plus they never stopped the subscription and I just got charged for a 4th shipment (Jan 4, 2021). So they
still owe me $115.62. I called the customer service back again on Jan 5, 2020 and the rep said he can't
refund me the 4th one and would "try" to refund the other two that I had already returned on December
21. He said he would also "try" to stop the subscription. I asked to speak to a supervisor and twice he put
me on hold, both times for over 30 minutes and I still never got the supervisor. I also asked on both my
calls for customer service to send me emails on all of their correspondence, to confirm cancelation of the
false subscription and for any refunds. I have never received even one email from them directly, even for
my initial legitimate order. The only emails I got were from PayPal which is how I paid for them. If I had
not gotten notices from PayPal of my charges, I would not have been alerted to their scam charges! They
still owe me for three shipments I never ordered (totaling $115.62) and I still have not gotten a
confirmation that they have canceled the false subscription. I am not able to reach the Brradford
Exchange management and the reps on the phone said they couldn't refund me even though I returned
the additional ornaments that I never ordered. Will they ever refund me and will they ever cancel me out
of this ongoing scam? Help!



**The Bradford Exchange, Ltd. Response**                    01/13/2021
Hello, I am sorry to learn of your experience! Please email us at customer_inquiry@bgeltd.com with the
order information and a brief recap of the issue and we would be happy to help. - Stephanie

Exhibit 14
Page 24

Exhibit 15



**RICKY C**

⭐☆☆☆☆

11/11/2020

If I could give negative stars I would. "Fraudulent, Scammers, Misleading in their advertising", as highlighted in the reviews are all true. I'm embarrassed I fell for their deceptive marketing. In Feb 2020, I purchased 2 Rudolph Christmas trees @ $59.99 ea plus shipping. Throughout the summer, they continued to charge my credit card and send additional items (I never ordered) . At some point (Aug/Sep) they changed tactics and sent me a bill for ~$139.00 for additional stuff. So here we are close to $500.00 for 2 $59.99 items. Now they are turning me over to a collection agency for not paying the ~$139.00 for stuff I didn't order. So here I am now wondering how much I will be charged for stuff I didn't order and when it will STOP. I will send the ~$139.00 and hope this is my last interaction with them. I wish I would have looked them up on the BBB before I made my purchase. I recommend the BBB reassess this company's A+ rating. My experience with them has not been A+. Rest assured, I will never purchase anything from them and I will warn my friends and family to avoid doing any business with The Bradford Exchange.



**The Bradford Exchange, Ltd. Response**

11/14/2020

Hello Ricky, I am sorry to learn of your experience! Please email us at customer_inquiry@bgeltd.com with the order information and a brief recap of the issue and we would be happy to help. - Stephanie

Exhibit 15
Page 25

Exhibit 16



**Thomas P**
★☆☆☆☆                                                                                    11/08/2020

Misleading, fraudulent, and unauthorized reoccurring charges: I purchased what was described as a complete train set from the Bradford Exchange website after seeing a cool ad. Well, it turned out to be just one part of a series of 20 parts of a train collectible, which I ultimately found out by having to call their customer service to see what the heck was going on when I just received on tiny part of the train in the mail even though I was charged what I thought was a fair price for an entire set. I then called to cancel all future orders and close my account. The following next two months I was charged $20, each on the 3rd of the month, and received nothing (even though I called to cancel!). So I called to get a refund, and to cancel my account and all reoccurring charges...again. I also requested a confirmation of cancelation and wasn't given one. The customer service agent was nice, but seemed to have no idea what was going on or what those charges were for and wouldn't refund me. So I filed a claim with my credit card company for fraudulent charges and they took care of it and are sending me a new card. My entire experience with the Bradford Exchange has been ridiculous. I feel bad for other people, like the elderly, who are likely getting taken advantage with these illegal acts of unauthorized reoccurring charges that are likely the only thing keeping this corrupt business afloat. This is wrong. The Bradford Exchange needs to be investigated and shut down



**The Bradford Exchange, Ltd. Response**                                                11/14/2020

Hello Thomas, I am sorry to learn of your experience! Please email us at customer_inquiry@bgeltd.com with the order information and a brief recap of the issue and we would be happy to help. - Stephanie

Exhibit 16
Page 26

Exhibit 17



**Libby S.**
⭐☆☆☆☆                                                                10/15/2020

I ordered what I thought was a single item from The Bradford Exchange in May for my mom for Mother's Day. It did not ship til a couple of months later - ok, no big deal. Mom loved it. A month after the first shipped, SURPRISE! I get a notification from my credit card company that another charge has been made. I went back to website and could find NO mention of my order being part of a series. None. Ok, I accept the 2nd shipment and then contact the company by email asking to cancel the order and send no more shipments. Sept brings another charge. I email them on Sept 18th and have a reply from a representative confirming my order has been cancelled. Then today (Oct 15th) I get yet another notification from my credit card company that ANOTHER charge has been made by The Bradford Exchange. At this point I am angry. I email the company again but then decide to work with my credit card company and dispute the charges since this company can't seem to figure out how not to keep taking advantage of their customers.



**The Bradford Exchange, Ltd. Response**                                10/23/2020

Hello Libby, I am sorry to learn of your experience! Please email us at customer_inquiry@bgeltd.com with the order information and a brief recap of the issue and we would be happy to help. - Stephanie

Exhibit 17
Page 27

Exhibit 18



**Marylou P**

⭐☆☆☆☆

10/10/2020

I bought one piece from an ad in the paper. I paid using credit card. One month later I got a charge for half of total. I wrote them with documents saying I paid for the piece in full. They wrote back and said it was a series of 10 pieces. There is not one place in the ad for the piece that says it is a series, and at a total of $74 each there is no way I signed up for 9 more pieces. I contacted them 4 times. From August 16th to September 28th when I received a package from them. I returned it unopened refused. I had received an email September 26, 2020 saying all future editions are cancelled. I never ordered any just one period. Today October 10, 2020 I get a letter asking me to give them an address to send the piece to. I have written them 5 times, returned piece unopened, talked on the phone to a Malik who informed me the series were cancelled and two months later I am still hearing from them. I will never deal with this company again and I am returning the piece I originally bought I hate looking at it.



**The Bradford Exchange, Ltd. Response**

10/19/2020

Hello Marylou, I am sorry to learn of your experience! Please email us at customer_inquiry@bgeltd.com with the order information and a brief recap of the issue and we would be happy to help. - Stephanie

Exhibit 18
Page 28

Exhibit 19



**Angie L**

⭐☆☆☆☆                                                                 09/13/2020

I ordered a dream catcher in April. I did not get charged or receive the item until a few months later. I was not notified there would be future charges and items sent as it was part of some collection and they automatically enroll you in a subscription plan. The item I ordered was overpriced as it was. I did not consent to further items. They just recently again without my consent or give notice, pull $86 from my bank account automatically for an item I did not ask for. The item shipped without a word from the company warning me I was about to be charged and had unwittingly enrolled in a subscription plan. I feel this company preys on the elderly because they might not notice charges on their account. I wish I would have read the reviews before I ordered. I am now $90 short in my bank account and I do not have a disposable income. I do not make a lot of money and I'm not sure when I will get it back. I not only filed fraud charges with my bank I told them I wanted to press charges. The company is utterly evil. Do not buy anything from them they are overpriced and items are not that good quality for the price. Not only that once you buy an item they will have your card info so they can charge whatever you whenever.

Exhibit 19
Page 29

Exhibit 20



**Ray W**
⭐☆☆☆☆                                                            07/30/2020

Do not do bushiness with this company. They sneakily tricked me into a subscription without my knowledge. Trying to cancel the subscription is a nightmare! I tried to call and after waiting on hold for a long time I finally got through to a person who barely spoke English. Then, before the call was complete or my problem resolved we were disconnected. I have tried email multiple times. I received only one response saying that if I don't want the subscription item to return it. I still have not been able to cancel my unwanted subscription.



**The Bradford Exchange, Ltd. Response**                          08/11/2020

Hello Raymond, I am sorry to learn of your experience! Please email us at customer_inquiry@bgeltd.com with the order information and a brief recap of the issue and we would be happy to help. - Stephanie

Exhibit 20
Page 30

Exhibit 21



**Kerri B.**

★☆☆☆☆                                                                        07/17/2020

I ordered 3 lanterns for gifts from Bradford Exchange back in November of 2019. I received them and was happy with them. However, in December 2019 I received 3 more lanterns, none of which I ordered. My credit card on file was charged totaling almost $300 for the 3 extra lanterns. I called to tell them this and had to dispute it with my credit card company who thankfully were wonderful about. Bradford Exchange claimed I was enrolled in this monthly program where every month I received 3 new lanterns. I did not ever agree to this. So the customer service representative assured me I was off the list, and that I wouldn't receive anything again. Then I received a 4th random lantern and was charged again. So I called to dispute this and was unhappy why I received and was charged for yet another lantern that I did not authorize. I was then again assured it would not happen again, and that once I sent back the lantern they would remove the charge. So I mailed and sent back this 4th lantern. Now I have just received a past due notice dated 6/30/20, and the charge has not been removed! I asked specifically when I was on the phone if this would be reported as a delinquency because of this outstanding bill. I was told it would not be with the situation, and I asked the customer service representative to add that to the notes so this would not happen. So apparently now I will have to call and dispute this yet again when all 4 extra lanterns I received were sent back to them and not even opened. I refuse to pay for something I never authorized. This is unacceptable that it keeps happening, and I keep being charged for something I never ordered. They assure you everything is taken care of when clearly it is not. Ironically the people who received the lanterns liked them, but I would never buy from this company again and would caution customers against it.



**The Bradford Exchange, Ltd. Response**                                         07/25/2020

Hello Kerri, I am sorry to learn of your experience! Please email us at customer_inquiry@bgeltd.com with the order information and a brief recap of the issue and we would be happy to help. - Stephanie

Exhibit 21
Page 31

Exhibit 22



**Initial Complaint**
06/18/2020

**Complaint Type:** Billing/Collection Issues
**Status:** Resolved ❓

I placed an order for 2 items back on 6/1/20. I was charged once the items were (finally) shipped out. I was correctly charged for both items and assumed my experience was done. I was just charged another 24.41 today, 6/18/20. Not idea why. I checked my PayPal and it states it's an "automatic payment". I NEVER approved ANY automatic payment. I simply ordered 2 items and paid for them. Their website it totally deceiving. When it says "39.99" each issue I assume Each issue is for EACH ISSUE I ORDER...not the multiple "issues" you list in fine print!! The photos show ONE item! The item I was ordering. I have no clue whether or not I will be receiving anything further but I did not intend to order or receive anything more than what I placed my order for: 2 separate coins. Nothing more. This is a great scam on behalf of this company. I better get my money back for this!!



**Business response**
06/26/2020

*Tell*                                                                                    *June 26, 2020*

*Sarah Riggins*
*Customer Relations Advocate*
*Better Business Bureau*
*330 N. Wabash Avenue, Suite 2006*
*Chicago, IL 60611*

*RE: Alexa **********                                          *** ******* ** ******
******** ** **********

*Case # 14472763*
*Account # *********

*Dear Ms. Riggins:*

*We are in receipt of your notification, dated June 19, 2020 regarding Ms.
**********' complaint.*

Exhibit 22
Page 32

*Ms. Skouloudis placed an online order for the Disney Mickey Mouse Proof Collection. The advertisement states, "Your collection begins with Issue One, Present Day Mickey Mouse and will soon continue with Issue Two, Early Mickey Mouse (1930's) and Display Box. Next to arrive will be Issue Three, Steamboat Willie (1928), followed by 13 additional 24K gold-plated Proofs to complete your collection. Each issue will arrive separately.' It further states "Each issue will be shipped to you for your review, about one every month or two (pending availability), at the same low issue price and charged to the credit card on which your order was placed. No need to order each one separately. You may cancel your collection at any time with no obligation." Please see attached website advertisement.*

*Ms. Skouloudis called our Customer Service department to cancel the series on June 19, 2020, however, the third coin Early Mickey had already shipped. Ms. Skouloudis may use the prepaid return label provided with the shipment and once the return is received, the payment will be credited back to her PayPal.*

*We apologize for any inconvenience, and if Ms. ********** has any other questions, she can contact us directly; our toll-free number is 800-323-5577; our hours are Monday through Friday, 7:00 a.m. to 6:00 p.m. (CT).*

*Sincerely,*

*Virginia Moyer*
*Client Services*

*us why here...*



**Customer response**
06/30/2020

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 14472763, and find that this resolution is satisfactory to me.

Sincerely,

Alexa **********

Exhibit 22
Page 33

Exhibit 23

**Initial Complaint**
06/16/2020

**Complaint Type:** Billing/Collection Issues
**Status:** Answered ✓

This is my 2nd complaint I couldn't find the 1st one. I purchased an item using an account from Bradford Exchange. I received the item but was not informed at purchase it was a subscription. I found this out when my account was charged for the next installment. I immediately went to the Bradford site to cancel the order and get a refund since the 1st item was not what I expected and I had never intended on starting a subscription. The site showed no order information only that there was a subscription which I couldn't cancel since the site does not provide me with that option. I also couldn't cancel the order since the site shows no order. I tried contacting the vendor 3 times via their form mail without response. I tried calling twice, 1 time I was on hold for 35 minutes with no response, the 2nd time 10 minutes no response. After my 1st complaint I suddenly received 2 emails stating they cancelled the subscription and that I just needed to return the item. I replied back asking them for a tracking number since there was no order without getting a reply. I have no item to return, no order to cancel, no refund, and no way to get the company to respond other than lodging a complaint here.



**Business response**
06/22/2020

T                                                                              June 22, 2020

***** *******

Customer Relations Advocate
Better Business Bureau
330 N. Wabash Avenue, ***** ****
Chicago, IL 60611

RE: Tami G*****
***** ****** ****** *****                                    *************** *****

Case # 14463085
Account #   *********

Dear Ms. R******:

We are in receipt of your notification, dated June 17 , 2020 regarding Ms. G*****'s complaint.

According to our records, the item in question, 14-02008-002, ***** *** Coloring Kit 2", shipped, but tracking information is not available. We have settled the account and cancelled the series.  We apologize for any inconvenience this may have caused.

If Ms. G***** has any other questions, she can contact us directly; our toll free number is 800-3******4; our hours of operation are Monday through Friday, 7:00 a.m. to 6:00 p.m. (CT).
Sincerely,

Rosalie *****
Client Services

Exhibit 23
Page 34

Exhibit 24



**LCCVA49**

★☆☆☆☆

05/05/2020

Deceptive marketing and billing practices. Poor customer service. It took 20 min for customer service to answer the phone. There is no way to cancel your SUBSCRIPTION online (that basically unbeknownst to you they have enrolled in). You have to call in and wait forever. In this day and age there should be a way to cancel you order and subscription online without having to wait forever for someone to answer. Your account page mentions nothing about being enrolled a subscription plan.



**The Bradford Exchange, Ltd. Response**

05/08/2020

Hello Lawrence, I am sorry to learn of your experience! Please email us at customer_inquiry@bgeltd.com with the order information and a brief recap of the issue and we would be happy to help. - Stephanie

Exhibit 24
Page 35

Exhibit 25



**John B**
⭐☆☆☆☆                                                                    03/21/2020

I would score them 0 stars if available. I ordered a christmas ornament and they just kept sending me additional ornaments I did not order. I paid for the last 2 through collection agencies. It took long time for me to talk to human being at Bradford exchange to stop shipments. This is pathetic way to do business, I have never received so many unordered shipments from any business in my life.



**The Bradford Exchange, Ltd. Response**                                    03/24/2020

Hello John, I am sorry to learn of your experience! Please email us at customer_inquiry@bgeltd.com with the order information and a brief recap of the issue and we would be happy to help. - Stephanie

Exhibit 25
Page 36

Exhibit 26



# Business Profile
# The Bradford Exchange, Ltd.

Collectibles

  Headquarters     Multi Location Business

---

ⓘ   **The Complaints and Reviews shown on this HQ profile may have been submitted against either the HQ itself or one of the corporate-owned locations found under "Find Locations".**

---

⚠ **CURRENT ALERTS FOR THIS BUSINESS**     There are 3 alerts for this business   <u>See all alerts</u>

Pattern of Complaint:
BBB files indicate that this business has a pattern of complaints concerning:
- Consumers allege not being able to contact customer service.
- Consumers allege not being able to cancel billing services
- Consumers allege receiving broken or damaged items.

On 07/18/2023, BBB submitted a written request to the company encouraging them to address the pattern of complaints. We are awaiting the business' response.

Alert:
"BBB promotes truth in advertising by contacting advertisers whose claims conflict with the BBB Code of Advertising. These claims come to our attention from our internal review of advertising, consumer complaints and competitor challenges  BBB asks advertisers to prove their claims, change ads to make offers more clear to consumers, and remove misleading or deceptive statements."
On November 22, 2021, BBB contacted this business about claims
<u>Snoopy Through The Seasons" Perpetual Calendar Collection</u>

Price: $59.99 US
Each Issue

Consumers are alleging that the advertisement is not clear and conspicuous that they would be billed separately the same amount for each item in the collection. This is an example only and can be found on other products on the website.

The <u>BBB Code of Advertising</u> States

21. Layout and Illustrations
21.1 The composition and layout of advertisements should be such as to minimize the possibility of misunderstanding by the reader
21.1.1 For example, prices, illustrations or descriptions must not be so placed or displayed in an advertisement as to give the impression that the price or terms of featured products or services apply to other products or services in the advertisement, when such is not the case.
Here are the requested next steps for your business
- Modify website to clearly and conspicuously disclose that the product is not sold as a complete set at the advertised price as each piece is sold separately to complete the collection.

On January 12, 2022  the business responded to BBB and stated that revisions to their advertising and testing of the changes may take as long as a month  BBB expects to hear back from the business as promised

## ADDITIONAL BUSINESS INFORMATION

Advertising Review
BBB promotes truth in advertising by contacting advertisers whose claims conflict with the BBB Code of Advertising  These claims may come to our attention from our internal review of advertising, consumer complaints and competitor challenges. BBB asks advertisers to prove their claims, change ads to make offers clear to consumers, and remove misleading or deceptive statements.

On 11/12/2021, BBB contacted the business regarding their advertised products on their website. Consumers alleged that the design of the website was confusing and made it so that customers purcha ed item  that were a part of a collection without the cu tomer realizing until they were being billed. This information has to be clear as required by the BBB Code of Advertising.
The business advertised the following product on their website:
Snoopy Through The Seasons" Perpetual Calendar Collection
Price: $59.99US
Each Issue

Consumers are alleging that the advertisement is not clear and conspicuous that they would be billed separately the same amount for each item in the collection. This is an example only and can be found on other products on the website.

The BBB Code of Advertising States:
21. Layout and Illustrations
- 21.1 The composition and layout of advertisements should be such as to minimize the possibility of misunderstanding by the reader.
  21.1.1 For example, prices, illustrations or descriptions must not be so placed or displayed in an advertisement as to give the impression that the price or terms of featured products or services apply to other products or services in the advertisement, when such is not the case.
-

On 1/12/2022  the business responded to BBB and stated that revisions to their advertising and testing of the changes may take as long as a month. BBB expects to hear back from the business as promised. As of 7/12/2022, the business has made corrections to the website and addressed the concerns relating to consumers misunderstanding that a product they purchased was a part of a series collection. The website's design is clear and the business has added additional details to inform the consumer before the item is purchased.

Exhibit 27

Exhibit 27
(Screen 1)



Exhibit 27
Page 39

Exhibit 27
(Screen 2)



Exhibit 27
Page 40

Exhibit 27
(Screen 3)



Exhibit 27
Page 41

Exhibit 27
(Screen 4)



Exhibit 27
Page 42

Exhibit 28

Exhibit 28



Exhibit 28
Page 43

Exhibit 29

Exhibit 29



Exhibit 29
Page 44

Exhibit 30

**From:** CustomerService@bcr.bradfordexchange.com <customerservice@bcr.bradfordexchange.com>
**To:** ███████████████████
**Sent:** Wednesday, May 6, 2020, 09:40:44 AM PDT
**Subject:** Thank You for Your Purchase



Dear Customer

Thank you for your order from The Bradford Exchange. We appreciate your business and hope you'll enjoy your purchase for years to come.

**Your order number is:** ███████████████

**Your Order:**

███████████████████
Whittier, CA 90606
US

| | Item Number | Qty. | | | |
|---|---|---|---|---|---|
| Disney Nightmare Before Christmas Glitter Globe Collection | 904442 | 1 | $29.99 US | Standard | Wednesday, May 13 - Tuesday, May 19 |

| | |
|---|---|
| Subtotal: | $29.99 US |
| Shipping & Service: | $6.99 US |
| Estimated Tax: | $3.79 US |
| **Total:** | **$40.77 US** |

For important information regarding sales tax you may owe directly to your state, click here.

**Track Your Order from The Bradford Exchange!**
Track the status of your order anytime! To check your order status now, just click here

PLEASE NOTE THE FOLLOWING:

*If you selected more than one item, they may not arrive on the same day. All items are shipped individually.

*Express and 2-Day shipping are not available for areas outside of the contiguous 48 states. 2-Day Shipping is not available to P.O. Boxes.

*Guaranteed holiday delivery does not apply to items shipped outside of the contiguous 48 states.

*All orders are pending credit approval.

Exhibit 30
Page 45



**As always, we offer a generous money-back guarantee on all the items we sell — up to 365 days on select items.**

Add us to your address book. To ensure you continue to receive e-mails from The Bradford Exchange in your Inbox (not junk or bulk folders), please add the following e-mail address to your address book: TheBradfordExchange@sf.bradfordexchange.com

Our e-mail recipients get the first chance to see new collectibles, jewelry, apparel, home décor, gifts and more. If you would rather unsubscribe, click here.



The Bradford Exchange
9333 N. Milwaukee Ave., Niles, IL 60714
© 2019 The Bradford Exchange

Exhibit 30
Page 46