UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RUIZ, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>THE BRADFORD EXCHANGE, LTD., an Illinois corporation; and DOES 1–50, inclusive,<br><br>        Defendants. | Case No.: 3:23-cv-01800-WQH-KSC<br><br>**ORDER** |

HAYES, Judge:

  On August 28, 2025, the Court of Appeals for the Ninth Circuit entered an Order (ECF No. 17) in this case vacating the Order entered on May 16, 2024 (ECF No. 11) and remanding the case to this Court. *Ruiz v. The Bradford Exchange, Ltd.*, 153 F.4th 907 (9th Cir. 2025). The mandate is spread. (No. 24-3378 at ECF No. 58.) This Court now has jurisdiction.

  IT IS HEREBY ORDERED that the parties shall submit a status report regarding the proceedings on remand within thirty (30) days of the date of this Order.

Dated: January 12, 2026

                   _William Q. Hayes_
                   Hon. William Q. Hayes
                   United States District Court