UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RUIZ, individually and on behalf of all others similarly situated,<br><br>                                    Plaintiff,<br><br>v.<br><br>THE BRADFORD EXCHANGE, LTD., an Illinois corporation; and DOES 1–50, inclusive,<br><br>                                    Defendants. | Case No.:  3:23-cv-01800-WQH-KSC<br><br>**ORDER** |

HAYES, Judge:

On August 28, 2025, the Court of Appeals for the Ninth Circuit entered an Order (ECF No. 17) in this case vacating the Order entered on May 16, 2024 (ECF No. 11) and remanding the case to this Court. *Ruiz v. The Bradford Exchange, Ltd.*, 153 F.4th 907 (9th Cir. 2025). On January 12, 2026, this Court issued an Order spreading the Ninth Circuit's mandate. (ECF No. 18.)

On February 4, 2026, Plaintiff Jose Ruiz ("Plaintiff") and Defendant The Bradford Exchange ("Defendant") filed a Joint Motion to Stay Proceedings Pending the Filing and Disposition of Plaintiff's Petition for Writ of Certiorari ("Joint Motion to Stay"). (ECF No. 19.) The parties state that Plaintiff intends to file a petition for writ of certiorari in the United States Supreme Court by March 31, 2026 and request that the Court stay this action pending the filing and disposition of the petition for writ of certiorari. *Id.* at 2–3.

1

Good cause appearing, IT IS HEREBY ORDERED that the Joint Motion to Stay (ECF No. 19) is granted. This action is stayed pending the filing and disposition of a petition for writ of certiorari in the United States Supreme Court.

IT IS FURTHER ORDERED that the parties shall file a status report within five (5) business days following disposition of the petition.

Dated:  February 9, 2026

Hon. William Q. Hayes
United States District Court

3:23-cv-01800-WQH-KSC