UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RUIZ, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>v.<br><br>THE BRADFORD EXCHANGE, LTD., an Illinois corporation; and DOES 1–50, inclusive,<br><br>               Defendants. | Case No.:  3:23-cv-01800-WQH-KSC<br><br>**ORDER** |

HAYES, Judge:

On August 28, 2025, the Court of Appeals for the Ninth Circuit entered an Order (ECF No. 17-1) in this case vacating the Order entered on May 16, 2024 (ECF No. 11) and remanding the case to this Court. *Ruiz v. The Bradford Exchange, Ltd.*, 153 F.4th 907 (9th Cir. 2025). On January 12, 2026, this Court issued an Order spreading the Ninth Circuit's mandate. (ECF No. 18.)

On February 9, 2026, the Court issued an Order staying the proceedings pending the disposition of the petition for a writ of certiorari filed by Plaintiff Jose Ruiz ("Plaintiff") in the United States Supreme Court. (ECF No. 21.)

On April 27, 2026, the Supreme Court denied Plaintiff's petition. (ECF No. 25.)

1

On May 4, 2026, Plaintiff and Defendant The Bradford Exchange, Ltd. ("Defendant") filed a Joint Status Report informing the Court of the denial of certiorari and proposing deadlines in this case. (ECF No. 26.)

IT IS HEREBY ORDERED that the stay of this action is lifted.

IT IS FURTHER ORDERED the Court adopts the deadlines proposed in the Joint Status Report (ECF No. 26). Defendant shall file a waiver of the adequate-remedy-at-law defense no later than May 15, 2026. Defendant shall respond to the Complaint no later than June 29, 2026.

Dated: May 11, 2026

Hon. William Q. Hayes
United States District Court

3:23-cv-01800-WQH-KSC