JAMES T. HANNINK (131747)
jhannink@sdlaw.com
ZACH P. DOSTART (255071)
zdostart@sdlaw.com
DOSTART HANNINK LLP
4225 Executive Square, Suite 600
La Jolla, California 92037-1484
Tel: 858-623-4200
Fax: 858-623-4299

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JOSE RUIZ, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

THE BRADFORD EXCHANGE, LTD., an Illinois corporation; and DOES 1-50, inclusive,

Defendants.

CASE NO. 3:23-cv-1800-WQH-GC

CLASS ACTION

**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Judge: Hon. William Q. Hayes
Ctrm: 15B (15th Floor)

Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure provides that a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Pursuant to Rule 41(a)(1)(A)(i), plaintiff Jose Ruiz ("Plaintiff") hereby gives notice that this action is dismissed with prejudice as to Plaintiff's claims and without prejudice as to the claims of putative class members.

DATED: September 25, 2026 DOSTART HANNINK LLP

s/ Zach P. Dostart

ZACH P. DOSTART
Attorneys for Plaintiff
Email: zdostart@sdlaw.com

1047193